UNITED STATES DISTRICT COURT

*1:06cv955-MHT*

MIDDLE DISTRICT OF ALABAMA    **RECEIVED**

KATHRYN BAUMAN RUBENSTEIN,

*2006 OCT 20 P 2: 27*

Plaintiff,

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

**BETTY JO BAUMAN, MARILYN BAUMAN GRANGER, BARBARA BAUMAN KAMENSKY, JEFFREY BAUMAN, REGIONS BANK, REGIONS MORTGAGE, BRIAN BICKHAUS, RICHARD FOX, ROBERT BIRMINGHAM, PAT BLACK, G. DAVID JOHNSTON, DON P. BENNETT, NANETTE PITCHER, PITCHER AND ASSOCIATES, DIANNE REAM, D. REAM PROPERTIES, ANN CHANDLER, MARIE W. BAUMAN, ALLAN E. KAMENSKY, BENNIE WAYNE GRANGER, ROSS KENNEDY, MCDANIEL AND ASSOCIATES, LEXA DOWLING, FAYE FERRELL, DOUG MCKEOWN, WALLACE COOLEY, TOM ZEIGENFELDER, ZEIGOOLEY, INC., MARGARET JOHNSTON, HOUSTON COUNTY DEPARTMENT OF HUMAN RESOURCES, LEXA DOWLING, MICHAEL CONOWAY, CARL E. JONES, JR., D. BRYAN JORDAN, BOYD HORN, BOYD HORN, PEOPLESOUTH BANK, COMMUNITY BANK AND TRUST, MIDSOUTH BANK, GRANGER LIMITED, TOMMY SCARBOROUGH, JERE SEGREST,**

Defendants.

Case No. CV02-5063 (Houston County Circuit Court)

October 20, 2006

**NOTICE OF REMOVAL**

**MOTION FOR CHANGE OF VENUE**

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA**

**Petitioner, Kathryn Bauman Rubenstein** desires to exercise her rights under the provisions of Title 28 U.S.C. § 1441, *et seq.*, to remove this action from the Circuit Court of the Trial Court of Houston County, Alabama, in which said action is now pending under the above-captioned title.

This is an action in which the District Courts of the United States have been given jurisdiction upon each of the following bases:

1. Your Plaintiff is currently a resident of the state of Florida, and holds a drivers license and voter registration with said state. At the time of the original filing of the above referenced complaint, Your Plaintiff was a legal resident of the state of Connecticut.

2. 28, U.S.C., IV, Chapter 85, 1332 Diversity of Citizenship and shows unto this Court that September 22, 2006, Your Petitioner amended her original complaint and added defendants of which are legal residents of states other than Alabama. Your Petitioner further shows unto this Court that the amount in controversy far exceeds $75,000.

**A. This Action Is Founded In Federal Law And Arises Under The Laws Of The United States**

3. In the amended action, Plaintiff seeks to recover from defendants damages related to Title 39 U.S.C.,V, regarding defrauding Plaintiff utilizing the United States Mail.

4. Your Plaintiff seeks to recover damages from defendants related to 26, U.S.C., (A), involving defrauding Plaintiff by and through filing fraudulent Income Taxes with the Internal Revenue Service.

5. Your Plaintiff seeks to recover damages from defendants in her amended complaint related to 26 U.S.C., (B), §11 through fraudulent Estate Tax filings with the Internal Revenue Service.

6. Plaintiff seeks to recover damages from defendants utilizing 26, U.S.C., (B), § 12, for filing fraudulent or lack of, Gift Taxes with the Internal Revenue Service.

7. Plaintiff in her amended complaint seeks to recover damages from defendants related to 31, U.S.C., III, § 3302 related to conspiracy to defraud plaintiff through fraudulent Lending of Money.

8.  Plaintiff seeks to recover damages from defendants related to 35 U.S.C., II, involving fraudulent Accounting.

9.  Plaintiff seeks to recover damages from defendants involving defrauding Plaintiff by and through Civil RICO Statutes § 1962 (C).

10. In the amended action, Plaintiff seeks to recover from defendants damages related to Title 49 U.S.C., II, involving defrauding Plaintiff by and through Interstate Transportation.

11. In the amended action, Plaintiff seeks to recover from defendants damages related to 47 U.S.C., § 8, involving defrauding Plaintiff by and through the use of intra and interstate telecommunication.

12. Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal is being filed with the Circuit Court of Houston County, Alabama.

13. Pursuant to the Local Rules of the United States District Court for the Middle District of Alabama, Plaintiff files this day with this Court copies complete records of filings filed with the Houston County Circuit Court of Alabama.

14. Plaintiff reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, your petitioner hereby removes the action now pending in the Houston County Circuit Court, Alabama, Docket No. CV-02-5063, to this Court.

YOUR Plaintiff Shows unto this Court that it would be difficult if not impossible to strike a jury of impartial citizens in Houston County Alabama who had no knowledge of, or business or social, relationship, with any of the defendants named in this cause of action.

Section 1404(a) of 28 U.S.C. provides that: "for the convenience of parties and witnesses, in the interest of justice, a district may transfer any civil action to any other district where it might have been brought."

Regions Financial's corporate headquarters is in Birmingham, Alabama, Jefferson County therefore, your Plaintiff might have brought this action in the Alabama Northern District, Southern Division.

THEREFORE, Your Plaintiff is due to be granted a CHANGE OF VENUE in the above proceedings.

Respectfully submitted,

Kathryn Bauman Rubenstein, Pro Se (Plaintiff)

P.O. Box 2243

Dothan, Alabama 36302

(334) 803-2526

IN THE CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA

| | | |
|---|---|---|
| KATHRYN BAUMAN RUBENSTEIN | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO: CV 02-5063** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **BETTY JO BAUMAN** | ) | |
| **MARILYN BAUMAN GRANGER** | ) | |
| **BARBARA BAUMAN KAMINSKY** | ) | |
| **JEFFREY BAUMAN** | ) | |
| **REGIONS BANK,** | ) | |
| **REGIONS MORTGAGE** | ) | |
| **BRIAN BICKHAUS,** | ) | |
|     **Trust Officer,CEO, Regions Bank,** | ) | |
|     **Dothan, Alabama** | ) | |
| **RICHARD FOX,** | ) | |
|     **Former Trust Officer, Regions Bank,** | ) | |
|     **Dothan, Alabama** | ) | |
| **ROBERT BIRMINGHAM,** | ) | |
|     **Former Trust Officer, Regions Bank,** | ) | |
|     **Dothan, Alabama** | ) | |
| **PAT BLACK** | ) | |
|     **Secretary, Regions Trust Department** | ) | |
|     **Dothan, Alabama** | ) | |
| **G. DAVID JOHNSTON, Esq.** | ) | |
| **DON P. BENNETT, Esq.** | ) | |
| **NANETTE PITCHER** | ) | |
| **PITCHER & ASSOCIATES** | ) | |
| **DIANNE REAM** | ) | |
| **REAM PROPERTIES** | ) | |
| **ANN CHANDLER** | ) | |
| **MARIE W. BAUMAN** | ) | |
| **ALAN E. KAMENSKY, Esq.** | ) | |
| **BENJAMIN WAYNE GRANGER** | ) | |
| **ROSS KENNEDY,** | ) | |
|     **Accountant, McDaniel & Associates** | ) | |
| **McDaniel & Associates** | ) | |
| **LEXA DOWLING, Esq.** | ) | |
| **FAYE FERRELL, M.D.** | ) | |

**FILED**

SEP 2 2 2006

*Judy Byrd*

JUDY BYRD, CLERK
HOUSTON CO., AL

1

| | |
|---|---|
| **DOUG MCKEOWN, Ph. D.** | ) |
| **WALLACE COOLEY** | ) |
| **TOM ZEIGENFELDER** | ) |
| **ZEIGOOLEY INC.** | ) |
| **MARGARET JOHNSTON** | ) |
| **HOUSTON COUNTY DEPARTMENT OF** | ) |
| **HUMAN RESOURCES** | ) |
| **All made, the basis of the Plaintiff's/** | ) |
| **Contestants Complaint** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF/CONTESTANT'S AMENDED COMPLAINT

**COMES NOW**, the Plaintiff, Kathryn Bauman Rubenstein, acting Pro Se,

AND, PURSUANT TO *Alabama Rules of Civil Procedure* 15(a) does hereby file this her

amended complaint to that filed with this Court June 13, 2003 in the above styled

pending cause of action, and would state the following, to-wit;

Wherein Theodore Julius Bauman, also known as, Ted Bauman with regard to the

Motion herein, will be known as "Decedent".

1.     THAT, the Plaintiff/Contestant is a daughter of the Decedent, her mailing

address is P.O. Box 2243, Dothan, Alabama 36302;

2.     THAT, Defendant, Betty Jo Bauman, is the sole surviving spouse of the

Decedent, residing at 601 Jamestown, Dothan, Alabama 36302;

3.    THAT, the Defendant, Marilyn Bauman Granger, is a daughter of the

Decedent and a resident of North Carolina. Her mailing address is P.O. Box

488, Bryson City, North Carolina 28713-0488;

4.    THAT, the Defendant, Barbara Bauman Kamensky is a daughter of the

Decedent and resident of Georgia. Her mailing address is, Columbus, Georgia

31904-3709;

5.    THAT, the Defendant, Jeffrey Daniel Bauman is a son of the decedent and a

resident of Alabama. His mailing address is Post Office Box 1956, Dothan,

Alabama 36302;

6.    THAT, the Defendant Regions Bank is a State of Alabama Corporation,

organized in Jefferson County, Alabama, and doing business in Dothan,

Alabama, Houston County;

7.    THAT, Brian Bickhaus, is a trust officer with Regions Bank, Dothan Alabama

and his address is 3201 Ross Clark Circle, Dothan, AL 36303;

8.    THAT, Pat Black is employed by the Trust Department of Regions Bank

Dothan, Alabama and her address is 3201 Ross Clark Circle, Dothan, AL

36303

9.    THAT, Richard Fox, was a trust officer with Regions Bank, Dothan, Alabama

until 2001 and his current address is unknown;

10.   THAT, G. David Johnston. is a practicing attorney in Dothan, Houston

County, Alabama and his mailing address is 291 North Oates Street,

Dothan, Alabama 36303;

11.    THAT, Don P. Bennett is a practicing attorney in Dothan, Houston County, Alabama and his mailing address is 141 North St Andrews Street, Dothan, Alabama 36303;

12.    THAT, Deep South Investments is an Alabama Corporation operating in Dothan, Houston County Alabama and its mailing address is 141 North St Andrews Street, Dothan, Alabama 36303;

13.    THAT, Nanette Pitcher is a practicing real estate broker in Dothan, Houston County, Alabama and her mailing address is 1133 West Main Street, Dothan, Alabama 36301;

14.    THAT, Pitcher & Associates is an Alabama Corporation operating in Dothan, Houston County, Alabama and its mailing address is 1133 West Main Street, Dothan, Alabama 36301;

15.    THAT, Dianne Reams is a practicing real estate agent in Dothan, Houston County, Alabama and her mailing address is 1133 West Main Street, Dothan, Alabama 36301;

16.    THAT, Ream Properties is an Alabama Corporation operating in Dothan, Houston County, Alabama and its mailing address is 1133 West Main Street, Dothan, Alabama 36301;

17.    THAT, Ann Chandler is a resident of the state of Alabama and her mailing address is 201 Church Street, Ashford, Alabama 36312;

18.    THAT, Marie White Bauman is a resident of the state of Alabama and her mailing address is  108 Lucy Lane Dothan, Alabama 3630;

19.    THAT, Alan E. Kamensky is a practicing attorney in the state of Georgia and his address is Synovus Centre, Third Floor, 1111 Bay Avenue, Columbus, Georgia 31901;

20.    THAT, Benjamin Wayne Granger is a resident of the state of North Carolina and his mailing address is P.O. Box 488, Bryson North Carolina 28713;

21.    THAT, Ross Kennedy is an employee of McDaniel and Associates and his business address is  101 Executive Park Drive, Dothan, Alabama 36303;

22.    THAT McDaniel & Associates is an Alabama Corporation operating in Dothan, Houston County and its business address is 101 Executive Park Drive, Dothan, Alabama 36303;

23.    THAT, Lexa E. Dowling is a practicing attorney in Dothan, Houston County, Alabama and her mailing address is 185 North Oates,  Dothan, Alabama 36303;

24.    THAT, Faye Ferrell is a practicing physician in Dothan, Houston County, Alabama and her mailing address is 114 East Troy Street, Dothan, Alabama 36301;

25.    THAT, Doug McKeown. is a practicing psychologist in Dothan, Houston County, Alabama and his mailing address  is 114 East Troy Street, Dothan, Alabama 36301;

26.    THAT, Wallace Cooley is a resident of the state of Alabama and his mailing address is 6130 Eddins Road Dothan, Alabama  36303;

27.    THAT, Tom Zeigenfelder is a resident of the state of Alabama and his mailing address is 2501 West Main Street, Dothan Alabama 36301;

28.    THAT, Zeigooley Inc. is an Alabama corporation operating in Dothan, Houston County, Alabama and its mailing address is 6130 Eddins Road Dothan, Alabama 36303;

29.    THAT, Michael Conaway is a practicing attorney in Dothan, Houston County, Alabama and his mailing address is 360 North Oates Street, Dothan, Alabama 36303;

30.    THAT, Arthur Medley is a practicing attorney in Dothan, Houston County, Alabama and his mailing address is 114 North Oates, Dothan, Alabama 36303;

31.    THAT, Joel Weatherford is a practicing attorney in Dothan, Houston County, Alabama and his mailing address is 100 Adris Place, Dothan, Alabama 36303;

32.    THAT, Farmer, Price, Hornsby & Weatherford, LLC is an Alabama Corporation operating in Dothan, Houston County, Alabama and it mailing address is 100 Adris Place, Dothan, Alabama 36303;

33.    THAT, Regions Mortgage is an Alabama Corporation operating in Dothan, Houston County, Alabama and its mailing address is 3201 Ross Clark Circle, Dothan, AL 36303;

34.    THAT, Margaret Johnson is a resident of the state of Alabama and employed by the Houston County Department of Human Resources and her mailing address is 3201 Ross Clark S.E., Dothan, AL 36301;

35.    THAT, the Houston County Department of Human Resources is an agent of the State of Alabama and its mailing address is 3201 Ross Clark S.E., Dothan, AL 36301;

36.    THAT, Robert Birmingham was an employee of Regions Bank, Dothan, Alabama and his address is currently unknown;

37.    THAT, Plaintiff/Contestant avers that defendants set forth in Paragraphs **6, 7, 8, 9,, 10,11,13, 14, 21, 22 & 36** have breached their fiduciary duty unto Decedent and unto Plaintiff/Contestant in that said defendants have been, and continue to be wanton and negligent in that they have:

   a. **Mismanaged trust finances**

   b. **Disbursed trust funds without written authority**

   c. **Refused to provide to the Plaintiff/Contestant an accounting of said Trust**

   d. **Sold real property for less than fair market value**

   e. **Contracted real property for sale without legal authority**

   f. **Failed to provide to the Plaintiff/Contestant Estate Taxes of said Trust and of decedent, Theodore J. Bauman**

   g. **Disbursed assets of decedent unto themselves and unto other third parties**

   h. **Practiced self dealing in selling assets and real properties unto themselves for less than fair market value**

   i. **Paid bills and mortgages of third parties from assets of Ted Bauman and/or from Trust Funds without written authority**

   j. **Mismanaged assets and finances of Ted Bauman**

   k. **Disbursed assets of Ted Bauman without legal authority and/or without requisite written permission**

38.    THAT Plaintiff/Contestant avers that defendants' set forth in Paragraphs **6, 7, 8, 9, 10, 11, 13, 14, 21, 22, & 36** willfully and wantonly conspired to cheat and defraud Plaintiff/Contestant by allegedly conspiring to and/or forging signatures and/or witnessing the alleged forged signature of Decedent on his purported Codicil to Last Will & Testament, purported Last Will and Testament, purported Revocable Trust, purported Power of Attorney, and contracts of sale and mortgage documents;

39.    THAT, Plaintiff/ Contestant alleges that defendants' set forth in paragraphs **3, 4, 10, 11, 12, 13, 17, 18, 19, & 21** sought to exploit Decedent and to defraud Plaintiff/Contestant by conspiring to commit forgeries, forging and/or witnessing forged documents and/or having knowledge of said forged documents purporting to be Decedent's signature on various documents including but not limited to Mortgages, Real Estate Sales Contracts and Right of Survivorship Documents for the benefit of Nanette Pitcher and/or Anne Chandler;

40.    THAT, Plaintiff/Contestant alleges that defendants' set forth in paragraphs **3, 4, 6, 7, 8, 9, 10, 11, 13,14, 17, 18, 19, 21, 30 & 36** conspired to exploit Decedent and to defraud Plaintiff/Contestant by allegedly conspiring to, having knowledge of and/or forging Decedents signature on a Joint Power of Attorney Document giving Nanette Pitcher & Don P. Bennett jointly Power of Attorney over Decedent and that said defendants continued to exploit Decedent and his estate and to defraud Plaintiff/Contestant by signing and/or having knowledge said various documents were fraudulent including but not

8

limited to Mortgages, Loan Documents and Contracts for sale of real property as joint Powers of Attorney subsequent to a Court Order removing them as ATTORNEYS' IN FACT over Decedent;

41.    THAT, Plaintiff/Contestant alleges that defendants' set forth in paragraphs **3,4, 10, 11, 13, 14, 17, 18, 19, 20,  21 & 22** maliciously, willfully and with intent to defraud Plaintiff/Contestant conspired to convert assets of Decedent unto themselves and/or advised  defendants to convert and obscure said conversions of assets of Decedent, and/or  did conspire to defraud and Plaintiff/Contestant and The United Stated Government and The State of Alabama of taxes due them including but not limited to gift taxes by converting assets, having knowledge of  said conversions, and advising parties herein to convert assets  including real property owned by  Decedent during his lifetime and subsequent to his death unto themselves and unto third parties with blatant disregard  to any laws and/or without any legal authority;

42.    THAT, Plaintiff/Contestant alleges that defendants' set forth in paragraphs **3,4,6, 9, 10, 11, 13, 14, 17, 18, 19, 20, 21 & 36** conspired to defraud Plaintiff/Contestant by unduly  influencing Decedent while having full knowledge and belief that Decedent was of unsound mind;

43.    THAT, Plaintiff/Contestant alleges that defendants' set forth in paragraphs **10, 11, 13, 15, 17, 18, 19& 20**  sought to defraud  Plaintiff/Contestant by converting assets of Decedent unto themselves and unto third parties including, but not limited to family members of Decedent  without legal authority utilizing forged documents and/or by and through undue influence;

9

44.    THAT, Plaintiff/Contestant alleges that defendants' set forth in paragraphs **3, 4, 5,6, 8, 9, 10, 11, 13, 14, 17, 18, 19, 20, 21, 22, & 36** did willfully and with malicious intent, conspired to exploit Decedent and to defraud Your Plaintiff by forging, having knowledge of purported forgeries and/or aiding and abetting in the conspiracy to defraud Your Plaintiff by allowing assets of Decedent to be spent and looted specifically with regard to expenditures involving forged contracts, Mortgages and Right of Survival Documents for the benefit of one, Anne Chandler, a caregiver employed to care for Betty Jo Bauman and who was so employed approximately from July 15, 1997 until her termination on or about December 5, 1999;

45.    THAT, Plaintiff/Contestant alleges that defendants' set forth in paragraphs **10, 11, 13, 14, 19, & 21** did wantonly and willfully conspire to violate Civil RICO Statutes § 1962 (C) through the United States Postal Service, by interstate and intrastate wire and by conversion of assets of Decedent unto themselves and unto third parties with malicious intent to defraud Your Plaintiff of her rightful inheritance;

46.    THAT, Plaintiff/Contestant avers that defendants' set forth in paragraphs **6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 21, 22, 23, 29, & 36** conspired to defraud Plaintiff/Contestant by sharing pertinent financial information with each other and with third parties and by willfully and maliciously colluding to withhold pertinent financial information from Your Plaintiff including, but not limited to Decedent's assets, expenditures for and on behalf of Decedent, Profit & Loss Statements involving assets owned by Defendant , Corporate and

Individual Tax Returns including but not limited to the purported Revocable

Trust of Decedent prior to and subsequent to Decedents death, and up until

and including the present date;

47.    THAT, Plaintiff/Contestant alleges defendants' set forth in paragraphs **11,13**

**& 17** profited beyond compensation for salaries and/or professional fees from

Decedent while said Decedent was of unsound mind and/or by undue

influence, thus defrauding Plaintiff/Contestant;

48.    THAT, Plaintiff/Contestant alleges defendant set forth in paragraph **29** has

been Aiding and Abetting defendants' set forth in paragraphs **3,4,11, 19, 24**

and other as of yet, third parties, by conspiring to defraud Your Plaintiff by

having first hand knowledge, yet withholding pertinent and imperative

information and/or evidence regarding the mental instability of Decedent

beginning in 1997, and that said defendants failed to be forthright and

forthcoming and to provide unto this Court that in July 1997 said defendant

set forth in paragraph **29** had been hired by Betty Jo Bauman, spouse of

Decedent and your Plaintiff/Contestant upon the recommendation of the then

Houston County Probate Judge, Luke Cooley, and subsequently said

defendant had met with the majority of all children of Decedent and the

spouse of Decedent and after unanimous agreement & approval of all parties,

defendant had drafted, signed and filed with the Houston County Probate

Court, COMMITMENT PROCEEDINGS and a WRIT FOR BODY wherein

it was alleged that Decedent was mentally unstable, of unsound mind and a

danger to himself and others;

49.     THAT, Plaintiff/Contestant alleges that defendants' set forth in paragraphs **3, 4, 10, 18, 19, 20, 21, & 22** individually and as a group did maliciously conspire to and with intent to defraud Your Plaintiff and to defraud The United States Government, and The State of Alabama of taxes including but not limited to gift taxes due them by said aforementioned defendants' conversion of personal assets of Decedent valued at approximately Five Hundred Thousand ($500,000.00) Dollars unto themselves and unto each other by and through interstate transportation utilizing the United States Mail;

50.     THAT, Plaintiff/Contestant alleges defendants' set forth in paragraphs **3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 19, 21, 22, 23, 26, 27, 28, & 36** conspired to defraud, Plaintiff/Contestant of her rightful inheritance and to defraud The United States Government and The State of Alabama of taxes due them by conveying real property of Decedent subsequent to the death of Decedent unto each other and unto third parties at prices significantly and markedly below market value;

51.     THAT, Plaintiff/Contestant alleges that defendants' set forth in paragraphs **3, 4, 10, 11, 13, 14, 17, 19 & 21** conspired to initiate, produce, sign, witness and/or enter into Management Agreements involving Decedent, his assets and/or real properties while Decedent was of unsound mind and/or under undue influence and with malicious and willful intent to defraud Your Plaintiff;

52.     THAT, Plaintiff/Contestant alleges that defendants' set forth in paragraphs **3, 4, 10, 11, 12, 17, 18, 19, 20, 24, 25 & 30** did collude & conspire with each

other and with willful and malicious intent to defraud Your Plaintiff by

having knowledge of, and/or participating in preparation of, witnessing,

and/or drafting affidavits in an effort to establish mental competency in 2000

of Decedent when in fact, Decedent was not a patient of either Faye Ferrill,

M.D or Doug McKeown, PhD and no attending physician of Decedent had

requested any such competency evaluation;

53.     THAT, Plaintiff/Contestant alleges that defendants' set forth in paragraphs **6,**

**7, 8, 10, 11, 13, 14, 15, 16, 19, 21 & 22** conspired to defraud Your Plaintiff by

offering for sale, the right to manage properties of Decedent including but not

limited to Revocable Trust assets of Decedent by one, Nanette Pitcher with

Pitcher & Associates to one, Darlene Ream of Ream Properties when there

existed no legal authority allowing the aforementioned defendants' the right to

transfer property manage of real properties of Decedent;

54.     THAT, Plaintiff/Contestant alleges that defendants' set forth in paragraphs **34**

**& 35** with willful and malicious intent did conspire with defendants' set forth

in paragraphs **3, 4, 11, 13, 17, & 23** to exploit Decedent and/or to defraud

Your Plaintiff by ignoring and/or dismissing allegations made unto them in

their official capacity regarding abuse and financial exploitation of Decedent

while said Decedent was a patient in an extended care facility, and that said

defendants' aforementioned in paragraphs **34** and **35**, admittedly stated they

were not authorized to investigate allegations of financial exploitation and or

lacked the knowledge and capacity to investigate said allegations and in fact

willfully and maliciously and with intent to defraud Your Plaintiff and did

ignore and dismiss concerns and allegations raised with respect to third parties

taking advantage of the feeble and infirmed health and the unsound mind of

Decedent;

55.     THAT, Plaintiff/Contestant alleges that defendants set forth in paragraphs **6,**

**7, 8, 9, 31, 32, 33 and 36** did conspire to defraud Your Plaintiff by initiating,

issuing and/or granting mortgages, mortgage payoffs and the financial where

withal to finance and/or pay off said mortgages to one, Houston County

Circuit Judge, Larry Anderson while Anderson presided in his official

capacity as Circuit Judge over proceedings in the above mentioned cause and

in Cases CV-5012 & CV-5013 involving the Decedent and his spouse and

their individual and marital assets, in exchange for favorable and preferential

proceedings and rulings in said causes of action;


WHEREFORE, Plaintiff/Contestant prays that this Court will set these matters

for hearing and that the issues involved herein will be made up and tried in this

Court expeditiously at a time and place conducive to this Courts calendar. The

Plaintiff/Contestant prays for such other, further, or more general relief to which

she may, in equity and good conscience, be entitled.


Respectfully submitted this 22nd day of September, 2006.

KATHRYN BAUMAN RUBENSTEIN, Attorney Pro Se
P. O. Box 2243, Dothan, AL 36302
(334) 803-2526

## PLAINTIFF/CONTESTANT DEMANDS TRIAL BY JURY PURSUANT

## TO ALABAMA RULES OF CIVIL PROCEDURE 38(b)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE ABOVE AND
FOREGOING TO: Jeffrey D. Bauman, Pro Se, P.O. Box 1956, Dothan, 36302, William L. Lee, III,
Esq. P.O. Box 1665, Dothan, AL 36302 & Stephen G. McGowan, Esq. P.O. Box 2101,. Dothan, Alabama
36302, by placing a copy of the same in the United States Mail, properly addressed and
postage prepaid, this 22nd day of September 2006:

KATHRYN BAUMAN RUBENSTEIN, Attorney Pro Se
P. O. Box 2243, Dothan, AL 36302
(334) 803-2526

15

IN THE CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA


KATHRYN BAUMAN RUBENSTEIN )
 )
        Plaintiff, )   **CASE NO: CV 02-5063**
 )
**Vs.** )
 )
**BETTY JO BAUMAN** )
**Et al** )
**BARBARA BAUMAN KAMINSKY** )
**JEFFREY BAUMAN** )
**REGIONS BANK,** )
**PEOPLESOUTH BANK,** )
    Formerly, Bank of Columbia )
**COMMUNITY BANK AND TRUST** )
**MIDSOUTH BANK,** )
    Formerly, 1st National Bank of Ashford )
**REGIONS MORTGAGE** )
**BOYD HORN,** )
    Former employee Regions Bank, )
    Dothan, Alabama )
**ROBERT BIRMINGHAM,** )
    Former Trust Officer, Regions Bank, )
    Dothan, Alabama )
**BRIAN BICKHAUS,** )
    Trust Officer,CEO, Regions Bank, )
    Dothan, Alabama )
**RICHARD FOX,** )
    Former Trust Officer, Regions Bank, )
    Dothan, Alabama )
**CARL E. JONES, JR,** )
    Executive, Regions Bank, )
    Birmingham, Alabama )
**D. BRYAN JORDAN,** )
    Chief Financial Officer, Regions Bank, )
    Birmingham, Alabama )
**PAT BLACK** )
    Secretary, Regions Trust Department, )
    Dothan, Alabama )
**G. DAVID JOHNSTON, Esq.** )

**FILED**

SEP 27 2006

*Judy Byrd*

JUDY BYRD, CLERK
HOUSTON CO., AL

1

DON P. BENNETT, Esq.                              )
NANETTE PITCHER                                   )
PITCHER & ASSOCIATES                              )
DIANNE REAM                                       )
REAM PROPERTIES                                   )
ANN CHANDLER                                      )
MARIE W. BAUMAN                                   )
ALAN E. KAMENSKY, Esq.                            )
BENJAMIN WAYNE GRANGER                            )
ROSS KENNEDY,                                     )
     Accountant, McDaniel & Associates   )
McDaniel & Associates                             )
LEXA DOWLING, Esq.                                )
FAYE FERRELL, M.D.                                )
DOUG MCKEOWN, Ph. D.                              )
WALLACE COOLEY                                    )
TOM ZEIGENFELDER                                  )
ZEIGOOLEY INC.                                    )
MARGARET JOHNSTON                                 )
HOUSTON COUNTY DEPARTMENT OF                      )
HUMAN RESOURCES                                   )
GRANGER LIMITED                                   )
COMMUNITY BANK & TRUST                            )
MIDSOUTH BANK, N.A. formerly,                     )
FIRST NATIONAL BANK OF ASHFORD                    )
1ST BANK OF COLUMBIA                              )
BOYD HORN,                                        )
     Former Trust Officer, Regions Bank, )
     Dothan, Alabama
All made, the basis of the Plaintiff's/           )
Contestants Complaint                             )
                                                  )
     Defendants.                        )

## PLAINTIFF/CONTESTANT'S ADDENDUM TO AMENDED COMPLAINT

**COMES NOW**, the Plaintiff, Kathryn Bauman Rubenstein, acting Pro Se,

AND, PURSUANT TO *Alabama Rules of Civil Procedure* 15(a) does hereby file this her

ADDENDUM to amended complaint filed with this Court September 22, 2006 in the above styled pending cause of action, and would state the following, to-wit;

Wherein Theodore Julius Bauman, also known as, Ted Bauman with regard to the Motion herein, will be known as "Decedent".

6A. THAT, Defendant PeopleSouth Bank is a State of Alabama Corporation and its address is 109 East Church Street, Columbia, Alabama,  36319

6B. THAT, Defendant MidsSouth Bank is a State of Alabama Corporation and its mailing address is Post Office Drawer 1001, Ashford, Alabama, 36312;

6C. THAT, Defendant Community Bank & Trust is a State of Alabama Corporation and its address is 901 N. Bollweevil Circle, Enterprise, Alabama 36330;

9. THAT, Richard Fox, was a trust officer with Regions Bank, Dothan, Alabama until 2001 and his current address is 475 Turnstone Drive, Boca Grande Florida, 33921;

9A. THAT, Boyd Horn was an officer with Regions Bank, Dothan, Alabama and his current address is 403 Live Oak Trail, Dothan, Alabama 36305;

9B. THAT, Carl E. Jones, Jr, is an executive with Regions Bank, Birmingham, Alabama and his current address is 417 20th Street, Birmingham, Alabama 35202;

9C. THAT, D. Bryan Jordan is the C.F.O. of Regions Bank and his current address is 417 20th Street, Birmingham, Alabama 35202;

36. THAT, Robert Birmingham was a trust officer with Regions Bank, Dothan, Alabama and his current address is Regions Bank 8 Commerce Street, Montgomery, Alabama 36104;

37. THAT, Plaintiff/Contestant avers that defendants set forth in Paragraphs 9A, has breached his fiduciary duty unto Decedent and unto Plaintiff/Contestant in that said defendant has been, and continue to be wanton and negligent in that he has:

     i.  **Mismanaged trust finances**

     ii.  **Disbursed trust funds without written authority**

     iii.  **Refused to provide to the Plaintiff/Contestant an accounting of said Trust**

     iv.  **Sold real property for less than fair market value**

     v.  **Contracted real property for sale without legal authority**

     vi.  **Failed to provide to the Plaintiff/Contestant Estate Taxes of said Trust and of decedent, Theodore J. Bauman**

     vii.  **Disbursed assets of decedent unto themselves and unto other third parties**

     viii.  **Practiced self dealing in selling assets and real properties unto themselves for less than fair market value**

     ix.  **Paid bills and mortgages of third parties from assets of Ted Bauman and/or from Trust Funds without written authority**

     x.  **Mismanaged assets and finances of Ted Bauman**

     xi.  **Disbursed assets of Ted Bauman without legal authority and/or without requisite written permission**

38. THAT, Plaintiff/Contestant avers that defendants' set forth in Paragraphs 6, 7, 8, 9, 9A, 10, 11, 13, 14, 21, 22, & 36 willfully and wantonly conspired to cheat and defraud Plaintiff/Contestant by allegedly conspiring to and/or forging signatures and/or witnessing the alleged forged signature of Decedent on his purported Codicil to Last Will & Testament, purported Last Will and Testament, purported Revocable Trust, purported Power of Attorney, and contracts of sale and mortgage documents;

39. THAT, Plaintiff/Contestant alleges that defendants' set forth in paragraphs 3, 4, 6, 7, 8, 9, 9A, 10, 11, 13,14, 17, 18, 19, 21, 30 & 36 conspired to exploit Decedent and to defraud Plaintiff/Contestant by allegedly conspiring to, having knowledge of and/or forging Decedents signature on a Joint Power of Attorney Document giving Nanette Pitcher & Don P. Bennett jointly Power of Attorney over Decedent and that said defendants continued to exploit Decedent and his estate and to defraud Plaintiff/Contestant by signing and/or having knowledge said various documents were fraudulent including but not limited to Mortgages, Loan Documents and Contracts for sale of real property as joint Powers of Attorney subsequent to a Court Order removing them as ATTORNEYS' IN FACT over Decedent;

44. THAT, Plaintiff/Contestant alleges that defendants' set forth in paragraphs 3, 4, 5,6, 8, 9,9A, 10, 11, 13, 14, 17, 18, 19, 20, 21, 22,23 & 36 did willfully and with malicious intent, conspired to exploit Decedent and to defraud Your Plaintiff by forging, having knowledge of purported forgeries and/or aiding and abetting in the conspiracy to defraud Your Plaintiff by allowing assets of Decedent to be

spent and looted specifically with regard to expenditures involving forged

contracts, Mortgages and Right of Survival Documents for the benefit of one,

Anne Chandler, a caregiver employed to care for Betty Jo Bauman and who was

so employed approximately from July 15, 1997 until her termination on or about

December 5, 1999;

46. THAT, Plaintiff/Contestant avers that defendants' set forth in paragraphs **6, 7, 8,**

**9,9A, 9B, 9C, 10, 11, 13, 14, 15, 16, 21, 22, 23, 29, & 36** conspired to defraud

Plaintiff/Contestant by sharing pertinent financial information with each other and

with third parties and by willfully and maliciously colluding to withhold pertinent

financial information from Your Plaintiff including, but not limited to Decedent's

assets, expenditures for and on behalf of Decedent, Profit & Loss Statements

involving assets owned by Defendant , Corporate and Individual Tax Returns

including but not limited to  the  purported Revocable Trust of Decedent  prior to

and subsequent to Decedents death, and up until and including the present date;

50. THAT, Plaintiff/Contestant alleges defendants' set forth in paragraphs **3, 4, 6, 7, 8,**

**9,9A, 9B, 9C, 10, 11, 12, 13, 14, 15, 16, 19, 21, 22, 23, 26, 27, 28, & 36** conspired to

defraud, Plaintiff/Contestant of her rightful inheritance and to defraud The United

States Government and The State of Alabama of taxes due them by conveying real

property of Decedent subsequent to the death of Decedent unto each other and unto

third parties at prices significantly and markedly below market value;

55. THAT, Plaintiff/Contestant alleges that defendants set forth in paragraphs **6, 7, 8,**

**9, 9A, 9B, 9C, 31, 32, 33 and 36** did conspire to defraud Your Plaintiff by

initiating, issuing and/or granting mortgages, mortgage payoffs and the financial

where withal to finance and/or pay off said mortgages to one, Houston County

Circuit Judge, Larry Anderson while Anderson presided in his official capacity as

Circuit Judge over proceedings in the above mentioned cause and in Cases CV-

5012 & CV-5013 involving the Decedent and his spouse and their individual and

marital assets, in exchange for favorable and preferential proceedings and rulings

in said causes of action;

55. THAT, Plaintiff/Contestant alleges that defendants set forth in paragraphs **6, 7, 8,**

**9A, 9B, 9C, 31, 32,** did conspire to defraud Your Plaintiff by initiating, issuing

and/or granting the financial where withal to finance and/or pay off mortgages of

one, Special Appointed Circuit Judge, Dale Segrest and/or members of his

immediate family while Segrest presided in his official capacity as Circuit Judge

over proceedings in the above mentioned cause and in Cases CV-5012 & CV-

5013 involving the Decedent and his spouse and their individual and marital

assets, in exchange for favorable and preferential proceedings and rulings in said

causes of action;

56. THAT, Plaintiff/Contestant alleges that defendants set forth in paragraphs 6, **6A,**

**6B 6C, 7, 9A, 10,11, 13,17,21,22, 23, 29 & 36** with malicious intent, did conspire

to defraud Your Plaintiff by initiating, issuing, signing, preparing, mailing and/or

receiving through the United States Mail loans, mortages, loan payoffs,

assignments of rents and leases, release and satisfaction of mortgage, involving

documents that were either forgeries or received through undue influence of

Decedent, or lacking ANY signature on document and/or obtained through fraud

and/or fraudulent means involving Decedent in any manner and that defendants 6,

7

**6A,6B, 6C,7, 9A, 10,11,21,22 ,23, 29& 36** breached their fiduciary duty unto

Decedent and unto your Plaintiff/Contestant by their knowledge and involvement

with the above mentioned herein;

WHEREFORE, Plaintiff/Contestant prays that this Court will set these matters

for hearing and that the issues involved herein will be made up and tried in this

Court expeditiously at a time and place conducive to this Courts calendar. The

Plaintiff/Contestant prays for such other, further, or more general relief, to which

she may, in equity and good conscience, be entitled.

Respectfully submitted this 26th day of September, 2006.

KATHRYN BAUMAN RUBENSTEIN, Attorney Pro Se
P. O. Box 2243, Dothan, AL 36302
(334) 803-2526

## PLAINTIFF/CONTESTANT DEMANDS TRIAL BY JURY PURSUANT

## TO ALABAMA RULES OF CIVIL PROCEDURE 38(b)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE ABOVE AND
FOREGOING TO: Jeffrey D. Bauman, Pro Se, P.O. Box 1956, Dothan, 36302, William L. Lee, III,
Esq. P.O. Box 1665, Dothan, AL 36302 & Stephen G. McGowan, Esq. P.O. Box 2101,. Dothan, Alabama

36302, by placing a copy of the same in the United States Mail, properly addressed and postage prepaid, this _____ day of September 2006:

_____

KATHRYN BAUMAN RUBENSTEIN, Attorney Pro Se
P. O. Box 2243, Dothan, AL 36302
(334) 803-2526

# IN THE CIRCUIT COURT OF
# HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN** ) | |
| ) | |
| **Plaintiff,** ) | **CASE NO: CV 02-5063** |
| ) | |
| **Vs.** ) | **FILED** |
| ) | |
| **BETTY JO BAUMAN** ) | |
| **JERE C. SEGREST, ESQ.** ) | OCT 1 3 2006 |
| **TOMMY SCARBOROUGH, ESQ.** ) | |
| **Et al** ) | *Judy Byrd* |
| **All made,** ) | |
| **the basis of the Plaintiff/Contestants Complaint** ) | JUDY BYRD, CLERK |
| **DEFENDANTS.** ) | HOUSTON CO., AL |

## PLAINTIFF/CONTESTANT'S SECOND ADDENDUM TO AMENDED

## COMPLAINT

**COMES NOW**, the Plaintiff, Kathryn Bauman Rubenstein, acting Pro Se,

AND, PURSUANT TO *Alabama Rules of Civil Procedure* 15(a) does hereby file this her

SECOND ADDENDUM to amended complaint filed with this Court September 22, 2006

in the above styled pending cause of action, and would state the following, to-wit;

Wherein Theodore Julius Bauman, also known as, Ted Bauman with regard to the

Motion herein, will be known as "Decedent".

**23A.**   THAT, Defendant Jere C. Segrest is a resident of the State of Alabama and his

address is 212 North Lena Street, Dothan, Alabama,  36302

**23B.**  THAT, Defendant Tommy Scarborough is a resident of the State of Alabama his
mailing address is 119 South Foster Street, Dothan, Alabama, 36302;

**29.** THAT, Michael Conaway is a practicing attorney in Dothan, Houston County,
Alabama and his mailing address is 360 North Oates Street, Dothan, Alabama
36303;

**44.** THAT, Plaintiff/Contestant alleges that defendants' set forth in paragraphs **3, 4,
5,6, 8, 9,9A, 10, 11, 13, 14, 17, 18, 19, 20, 21, 22,23, 23A, 23B,29 & 36** did
willfully and with malicious intent, conspired to exploit Decedent and to defraud
Your Plaintiff by forging, having knowledge of purported forgeries and/or aiding
and abetting in the conspiracy to defraud Your Plaintiff by allowing assets of
Decedent to be spent and looted specifically with regard to expenditures involving
forged contracts, Mortgages and Right of Survival Documents for the benefit of
one, Anne Chandler, a caregiver employed to care for Betty Jo Bauman and who
was so employed approximately from July 15, 1997 until her termination on or
about December 5, 1999;

**46.** THAT, Plaintiff/Contestant avers that defendants' set forth in paragraphs **6, 7, 8,
9,9A, 9B, 9C, 10, 11, 13, 14, 15, 16, 21, 22, 23,23A, 23B, 29, & 36** conspired to
defraud Plaintiff/Contestant by sharing pertinent financial information with each
other and with third parties and by willfully and maliciously colluding to withhold
pertinent financial information from Your Plaintiff including, but not limited to
Decedent's assets, expenditures for and on behalf of Decedent, Profit & Loss
Statements involving assets owned by Defendant , Corporate and Individual Tax
Returns including but not limited to  the  purported Revocable Trust of Decedent

prior to and subsequent to Decedents death, and up until and including the present date;

50. THAT, Plaintiff/Contestant alleges defendants' set forth in paragraphs **3, 4, 6, 7, 8, 9,9A, 9B, 9C, 10, 11, 12, 13, 14, 15, 16, 19, 21, 22, 23,23A, 23B, 26, 27, 28,29 & 36** conspired to defraud, Plaintiff/Contestant of her rightful inheritance and to defraud The United States Government and The State of Alabama of taxes due them by conveying real property of Decedent subsequent to the death of Decedent unto each other and unto third parties at prices significantly and markedly below market value;

WHEREFORE, Plaintiff/Contestant prays that this Court will set these matters for hearing and that the issues involved herein will be made up and tried in this Court expeditiously at a time and place conducive to this Courts calendar. The Plaintiff/Contestant prays for such other, further, or more general relief, to which she may, in equity and good conscience, be entitled.

Respectfully submitted, this 13th day of October, 2006.

_____
KATHRYN BAUMAN RUBENSTEIN, Attorney Pro Se
P. O. Box 2243, Dothan, AL 36302
(334) 803-2526

## PLAINTIFF/CONTESTANT DEMANDS TRIAL BY JURY PURSUANT TO ALABAMA RULES OF CIVIL PROCEDURE 38(b)

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE ABOVE AND
FOREGOING TO: Jeffrey D. Bauman, Pro Se, P.O. Box 1956, Dothan, 36302, William L. Lee, III,
Esq. P.O. Box 1665, Dothan, AL 36302 & Stephen G. McGowan, Esq. P.O. Box 2101,. Dothan, Alabama
36302, by placing a copy of the same in the United States Mail, properly addressed and
postage prepaid, this _____ day of October 2006:

KATHRYN BAUMAN RUBENSTEIN, Attorney Pro Se
P. O. Box 2243, Dothan, AL 36302
(334) 803-2526

KATHRYN BAUMAN RUBENSTEIN,    *    IN THE CIRCUIT COURT OF
                             *
      PLAINTIFF,             *    HOUSTON COUNTY, ALABAMA
                             *
vs.                          *    CASE NO. CV 02-5063
                             *
BETTY JO BAUMAN, MARILYN     *
BAUMAN GRANGER, BARBARA      *
BAUMAN KAMINSKY, JEFFREY     *
BAUMAN, et al,               *
                             *        OCT 1 0 2006
      DEFENDANTS.            *

                                      Judy Byrd
                                   JUDY BYRD, CLERK
                                   HOUSTON CO., AL

## MOTION TO DISMISS

Defendant, BETTY JO BAUMAN, through her Guardian Ad

Litem, Jere C. Segrest, moves the Court to dismiss the

"Plaintiff/Contestant's Amended Complaint" against Betty Jo

Bauman and for grounds says that the Amended Complaint fails

to state a claim or cause of action upon which relief can be

granted.


HARDWICK, HAUSE, SEGREST & WALDING

BY: _____
      Jere C. Segrest (SEG005)
      P. O. Box 1469
      Dothan, Alabama 36302

GUARDIAN AD LITEM FOR BETTY JO BAUMAN

CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing on the following individuals by placing same in the United States Mail in a property addressed envelope with adequate postage:

Kathryn Bauman Rubenstein
P. O. Box 2243
Dothan, Alabama 36302

Lexa Dowling
P. O. Box 1193
Dothan, Alabama 36302

Mike Conaway
P. O. Box 1631
Dothan, Alabama 36302

William L. Lee, III
P. O. Box 1665
Dothan, Alabama 36302

Jeff Bauman
P. O. Box 1956
Dothan, Alabama 36302

This the _____ day of October, 2006.

Of Counsel

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

KATHRYN BAUMAN RUBENSTEIN, §
§
    Plaintiff, §
§
vs. §    Case No. CV 02-5063
§
BETTY JO BAUMAN, et al., §
§
    Defendants, §

## MOTION TO DISMISS FOR LACK OF JURISDICTION

COMES now the Defendant, Allan E. Kamensky, incorrectly named as Alan E. Kamensky, and respectfully moves this Honorable Court to dismiss the Plaintiff/Contestant's Amended Complaint and Plaintiff/Contestant's Addendum to Amended Complaint under Rule 12(b)6 for that this Court lacks jurisdiction over his person. This Motion is supported by the Affidavit of Allan E. Kamensky, incorrectly named as Alan E. Kamensky, attached hereto as Exhibit "A".

    Respectfully submitted,

                **LEE & McINISH, P.C.**

                WILLIAM L. LEE, III - LEE007

OF COUNSEL:
*Lee & McInish Attorneys, P.C.*
238 West Main Street (36301)
Post Office Box 1665
Dothan, Alabama 36302
Tel:    334/792-4156
Fax:   334/794-8342

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading upon the below listed by placing the same in the United States Mail with adequate postage affixed thereto and addressed properly, to wit:

Ms. Kathryn Bauman Rubenstein
Post Office Box 2243
Dothan, Alabama 36302

Lexa E. Dowling, Esq.
Post Office Box 1193
Dothan, Alabama 36302

David Johnston, Esq.
Post Office Box 2246
Dothan, Alabama 36302

Mr. Joel Weatherford, Esq.
*Farmer, Price, Hornsby & Weatherford*
P. O. Drawer 2228
Dothan Alabama 36302

Don Bennett, Esq.
Post Office Box 1392
Dothan, Alabama 36302

Mike Conaway, Esq.
360 North Oates Street
Dothan, Alabama 36303

Mr. Steve McGowan, Esq.
Post Office Box 2101
Dothan, Alabama 36302

Mr. Jeffrey Bauman
Post Office Box 1956
Dothan, Alabama 36302-1956

Tommy Scarborough, Esq.
119 S. Foster St., Ste. 101
Dothan, Alabama 36301

Mr. Jere C. Segrest, Esq.
Post Office Box 1469
Dothan, Alabama 36302

Mr. Brian Bickhaus
3201 Ross Clark Circle
Dothan, Alabama 36303

Pat Black
3201 Ross Clark Circle
Dothan, Alabama 36303

Deep South Investments
141 North St. Andrews Street
Dothan, Alabama 36303

Nanette Pitcher
1133 West Main Street
Dothan, Alabama 36301

Pitcher & Associates
1133 West Main Street
Dothan, Alabama 36301

Dianne Reams
1133 West Main Street
Dothan, Alabama 36301

Ream Properties
1133 West Main Street
Dothan, Alabama 36301

Ann Chandler
201 Church Street
Ashford, Alabama 36312

Marie White Bauman
108 Lucy Lane
Dothan, Alabama 36301

Ross Kennedy
McDaniel & Associates
101 Executive Park Drive
Dothan, Alabama 36303

Farmer, Price, Hornsby & Weatherford
P. O. Drawer 2228
Dothan Alabama 36302

McDaniel & Associates
101 Executive Park Drive
Dothan, Alabama 36303

Faye Ferrell
114 East Troy Street
Dothan, Alabama 36301

Doug McKeown
114 East Troy Street
Dothan, Alabama 36301

Wallace Cooley
6130 Eddins Road
Dothan, Alabama 36303

Tom Zeigenfelder
2501 West Main Street
Dothan, Alabama 36301

Zeigooley, Inc.
6130 Eddins Road
Dothan, Alabama 36303

Mr. Arthur Medley
114 North Oates Street
Dothan, Alabama 36303

Margaret Johnson
Houston County DHR
3201 Ross Clark Circle SE
Dothan, Alabama 36301

Houston County DHR
3201 Ross Clark Circle SE
Dothan, Alabama 36301

PeopleSouth Bank
109 East Church Street
Columbia, Alabama 36319

MidSouth Bank
Post Office Drawer 1001
Ashford, Alabama 36312

CB&T
901 N. Boll Weevil Circle
Enterprise, Alabama 36330

Richard Fox
475 Turnstone Drive
Boca Grande, Florida 33921

Boyd Horn
403 Live Oak Trail
Dothan, Alabama 36305

Carl E. Jones, Jr.
417 20th Street
Birmingham, Alabama 35202

D. Bryan Jordan
417 20th Street
Birmingham, Alabama 35202

Robert Birmingham
Regions Bank
8 Commerce Street
Montgomery, Alabama 36104

      Dated: October 11, 2006.

_____
Of Counsel

Exhibit
"A"

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

KATHRYN BAUMAN RUBENSTEIN,      §
                                §
        Plaintiff,              §
                                §
vs.                             §      Case No. CV-2002-5063
                                §
BETTY JO BAUMAN, et al.,        §
                                §
        Defendants,             §

## AFFIDAVIT OF ALAN E. KAMENSKY

Before me, the undersigned authority, personally appeared Alan E. Kamensky, who being first duly sworn, did depose and say as follows:

"My name is Alan E. Kamensky. I am _56_ years of age and live in Columbus, Georgia. I am an attorney and practice law in the State of Georgia. My office is located at Synovus Centre, 3rd Floor, 111 Bay Avenue, Columbus, Georgia 31901. I do not live in Alabama and am not subject to the jurisdiction of the Alabama Court System. I am a resident of the State of Georgia, practice law in the State of Georgia, vote in the State of Georgia, and have a Georgia driver's license. I give this Affidavit based on personal knowledge and know it will be used in support of a *Motion to Dismiss* filed in this matter."

_____
Alan E. Kamensky

1

STATE OF GEORGIA        )

COUNTY OF Muscogee    )

     I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that *Alan E. Kamensky,* whose name is signed to the foregoing *Affidavit,* and who is known to me, acknowledged before me on this day, that, being informed of the contents of this *Affidavit,* he executed the same voluntarily on the day the same bears date.

     Given under my hand and official seal this the 2nd day of October , 2006.

                               C. Dail Haick

(S E A L)                        Notary Public

                               My Commission Expires: 2/23/07

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

KATHRYN BAUMAN RUBENSTEIN,    §
                               §
    Plaintiff,                 §
                               §
vs.                            §    Case No. CV 02-5063
                               §
BETTY JO BAUMAN, et al.,       §
                               §
    Defendants,                §

## MOTION TO DISMISS

COME now the Defendants, Allan E. Kamensky, incorrectly named as Alan E. Kamensky, without waiving his *Motion to Dismiss for Lack of Jurisdiction*, Bennie Wayne Granger, incorrectly named as Benjamin Wayne Granger, Granger Limited, an Alabama Corporation, incorrectly named as Granger Limited, Marilyn Bauman Granger, and Barbara Bauman Kamensky, incorrectly named as Barbara Bauman Kaminsky, without waiving their *Motion to Strike*, separately and severally, and hereby move to dismiss the following documents filed by the Plaintiff:

    1.    *Plaintiff/Contestant's Amended Complaint;*
    2.    *Plaintiff/Contestant's Addendum to Amended Complaint;*
    3.    *Motion by Plaintiff to Remove Defendant and Motion to Add Additional Plaintiff;*
    4.    *Motion for Change of Venue and to Move Proceedings to the United States Federal Courts;*
    5.    *Emergency Motion to Retroactively Remove Guardian ad Litem and Deny Payment to Same;*
    6.    *Motion for Betty Jo Bauman to be Allowed to Join CV02-5063 as a Plaintiff and for a Change of Venue Moving Proceedings to the United States Federal Courts;* and
    7.    *Motion for Preliminary Injunction.*

The Defendants hereby state the following as grounds therefore:

1.      Said pleadings fail to state a claim upon which relief can be granted.

2.      Said pleadings are redundant, immaterial, impertinent and contain scandalous materials as set forth in Rule 12-F of the *Alabama Rules of Civil Procedure*.

3.      According to the face of the Complaint, the Statute of Limitations has run.

4.      The said Defendants are not unknown Defendants and do not fit as fictitious Defendants under the Plaintiff's original and Amended Complaint.

5.      Any allegations insofar as the Last Will & Testament of Theodore Julius Bauman have been previously adjudicated and are presently on appeal.

6.      The Plaintiff does not follow the correct procedures and rules for filings with the court.

7.      Said pleadings are only being done as an annoyance and to cause the Defendants and parties to spend money to defend unfounded allegations.

Respectfully submitted,

**LEE & McINISH, P.C.**

WILLIAM L. LEE, III - LEE007

OF COUNSEL:
*Lee & McInish Attorneys, P.C.*
238 West Main Street (36301)
Post Office Box 1665
Dothan, Alabama 36302
Tel:    334/792-4156
Fax:    334/794-8342

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading upon the below listed by placing the same in the United States Mail with adequate postage affixed thereto and addressed properly, to wit:

Ms. Kathryn Bauman Rubenstein
Post Office Box 2243
Dothan, Alabama 36302

Lexa E. Dowling, Esq.
Post Office Box 1193
Dothan, Alabama 36302

David Johnston, Esq.
Post Office Box 2246
Dothan, Alabama 36302

Mr. Joel Weatherford, Esq.
*Farmer, Price, Hornsby & Weatherford*
P. O. Drawer 2228
Dothan Alabama 36302

Don Bennett, Esq.
Post Office Box 1392
Dothan, Alabama 36302

Mike Conaway, Esq.
360 North Oates Street
Dothan, Alabama 36303

Mr. Steve McGowan, Esq.
Post Office Box 2101
Dothan, Alabama 36302

Mr. Jeffrey Bauman
Post Office Box 1956
Dothan, Alabama 36302-1956

Tommy Scarborough, Esq.
119 S. Foster St., Ste. 101
Dothan, Alabama 36301

Mr. Jere C. Segrest, Esq.
Post Office Box 1469
Dothan, Alabama 36302

Mr. Brian Bickhaus
3201 Ross Clark Circle
Dothan, Alabama 36303

Pat Black
3201 Ross Clark Circle
Dothan, Alabama 36303

Deep South Investments
141 North St. Andrews Street
Dothan, Alabama 36303

Nanette Pitcher
1133 West Main Street
Dothan, Alabama 36301

Pitcher & Associates
1133 West Main Street
Dothan, Alabama 36301

Dianne Reams
1133 West Main Street
Dothan, Alabama 36301

Ream Properties
1133 West Main Street
Dothan, Alabama 36301

Ann Chandler
201 Church Street
Ashford, Alabama 36312

Marie White Bauman
108 Lucy Lane
Dothan, Alabama 36301

Ross Kennedy
McDaniel & Associates
101 Executive Park Drive
Dothan, Alabama 36303

Farmer, Price, Hornsby & Weatherford
P. O. Drawer 2228
Dothan Alabama 36302

McDaniel & Associates
101 Executive Park Drive
Dothan, Alabama 36303

Faye Ferrell
114 East Troy Street
Dothan, Alabama 36301

Doug McKeown
114 East Troy Street
Dothan, Alabama 36301

Wallace Cooley
6130 Eddins Road
Dothan, Alabama 36303

Tom Zeigenfelder
2501 West Main Street
Dothan, Alabama 36301

Zeigooley, Inc.
6130 Eddins Road
Dothan, Alabama 36303

Mr. Arthur Medley
114 North Oates Street
Dothan, Alabama 36303

Margaret Johnson
Houston County DHR
3201 Ross Clark Circle SE
Dothan, Alabama 36301

Houston County DHR
3201 Ross Clark Circle SE
Dothan, Alabama 36301

PeopleSouth Bank
109 East Church Street
Columbia, Alabama 36319

MidSouth Bank
Post Office Drawer 1001
Ashford, Alabama 36312

CB&T
901 N. Boll Weevil Circle
Enterprise, Alabama 36330

Richard Fox
475 Turnstone Drive
Boca Grande, Florida 33921

Boyd Horn
403 Live Oak Trail
Dothan, Alabama 36305

Carl E. Jones, Jr.
417 20th Street
Birmingham, Alabama 35202

D.  Bryan Jordan
417 20th Street
Birmingham, Alabama 35202

Robert Birmingham
Regions Bank
8 Commerce Street
Montgomery, Alabama 36104

Dated: October 11, 2006.

Of Counsel

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

| | | |
|---|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. CV 02-5063 |
| | § | |
| BETTY JO BAUMAN, et al., | § | |
| | § | |
| Defendants, | § | |

## **MOTION TO STRIKE**

COME now the Defendants, Allan E. Kamensky, incorrectly named as Alan E. Kamensky, without waiving his *Motion to Dismiss for Lack of Jurisdiction*, Bennie Wayne Granger, incorrectly named as Benjamin Wayne Granger, Granger Limited, an Alabama Corporation, incorrectly named as Granger Limited, Marilyn Bauman Granger, and Barbara Bauman Kamensky, incorrectly named as Barbara Bauman Kaminsky, separately and severally, and hereby move to strike the following documents filed by the Plaintiff:

1. *Plaintiff/Contestant's Amended Complaint;*
2. *Plaintiff/Contestant's Addendum to Amended Complaint;*
3. *Motion by Plaintiff to Remove Defendant and Motion to Add Additional Plaintiff;*
4. *Motion for Change of Venue and to Move Proceedings to the United States Federal Courts;*
5. *Emergency Motion to Retroactively Remove Guardian ad Litem and Deny Payment to Same;*
6. *Motion for Betty Jo Bauman to be Allowed to Join CV02-5063 as a Plaintiff and for a Change of Venue Moving Proceedings to the United States Federal Courts;* and
7. *Motion for Preliminary Injunction.*

The Defendants hereby state the following as grounds therefore:

1. Said pleadings are filed without the permission of the Court. This matter was

heretofore set for trial on October 13, 2005, but was continued, and Rule 15-A of the *Alabama Rules of Civil Procedure* requires the permission of the court, which the Plaintiff did not obtain.

2.      Said pleadings are redundant, immaterial, impertinent and contain scandalous materials as set forth in Rule 12-F of the *Alabama Rules of Civil Procedure*.

3.      Said pleadings are not acceptable, satisfactory or adequate pleadings under the *Alabama Rules of Civil Procedure*.

4.      The Plaintiff does not follow the correct procedures and rules for filings with the court.

5.      Said pleadings are only being done as an annoyance and to cause the Defendants and parties to spend money to defend unfounded allegations.

Respectfully submitted,

LEE & McINISH, P.C.

_____
WILLIAM L. LEE, III - LEE007

OF COUNSEL:
*Lee & McInish Attorneys, P.C.*
238 West Main Street (36301)
Post Office Box 1665
Dothan, Alabama 36302
Tel:    334/792-4156
Fax:    334/794-8342

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading upon the below listed by placing the same in the United States Mail with adequate postage affixed

thereto and addressed properly, to wit:

Ms. Kathryn Bauman Rubenstein
Post Office Box 2243
Dothan, Alabama 36302

Mike Conaway, Esq.
360 North Oates Street
Dothan, Alabama 36303

Lexa E. Dowling, Esq.
Post Office Box 1193
Dothan, Alabama 36302

Mr. Steve McGowan, Esq.
Post Office Box 2101
Dothan, Alabama 36302

David Johnston, Esq.
Post Office Box 2246
Dothan, Alabama 36302

Mr. Jeffrey Bauman
Post Office Box 1956
Dothan, Alabama 36302-1956

Mr. Joel Weatherford, Esq.
*Farmer, Price, Hornsby & Weatherford*
P. O. Drawer 2228
Dothan Alabama 36302

Tommy Scarborough, Esq.
119 S. Foster St., Ste. 101
Dothan, Alabama 36301

Don Bennett, Esq.
Post Office Box 1392
Dothan, Alabama 36302

Mr. Jere C. Segrest, Esq.
Post Office Box 1469
Dothan, Alabama 36302

Mr. Brian Bickhaus
3201 Ross Clark Circle
Dothan, Alabama 36303

Pat Black
3201 Ross Clark Circle
Dothan, Alabama 36303

Deep South Investments
141 North St. Andrews Street
Dothan, Alabama 36303

Nanette Pitcher
1133 West Main Street
Dothan, Alabama 36301

Pitcher & Associates
1133 West Main Street
Dothan, Alabama 36301

Dianne Reams
1133 West Main Street
Dothan, Alabama 36301

Ream Properties
1133 West Main Street
Dothan, Alabama 36301

Ann Chandler
201 Church Street
Ashford, Alabama 36312

Marie White Bauman
108 Lucy Lane
Dothan, Alabama 36301

Ross Kennedy
McDaniel & Associates
101 Executive Park Drive
Dothan, Alabama 36303

Farmer, Price, Hornsby & Weatherford
P. O. Drawer 2228
Dothan Alabama 36302

McDaniel & Associates
101 Executive Park Drive
Dothan, Alabama 36303

Faye Ferrell
114 East Troy Street
Dothan, Alabama 36301

Doug McKeown
114 East Troy Street
Dothan, Alabama 36301

Wallace Cooley
6130 Eddins Road
Dothan, Alabama 36303

Tom Zeigenfelder
2501 West Main Street
Dothan, Alabama 36301

Zeigooley, Inc.
6130 Eddins Road
Dothan, Alabama 36303

Mr. Arthur Medley
114 North Oates Street
Dothan, Alabama 36303

Margaret Johnson
Houston County DHR
3201 Ross Clark Circle SE
Dothan, Alabama 36301

Houston County DHR
3201 Ross Clark Circle SE
Dothan, Alabama 36301

PeopleSouth Bank
109 East Church Street
Columbia, Alabama 36319

MidSouth Bank
Post Office Drawer 1001
Ashford, Alabama 36312

CB&T
901 N. Boll Weevil Circle
Enterprise, Alabama 36330

Richard Fox
475 Turnstone Drive
Boca Grande, Florida 33921

Boyd Horn
403 Live Oak Trail
Dothan, Alabama 36305

Carl E. Jones, Jr.
417 20th Street
Birmingham, Alabama 35202

D.  Bryan Jordan
417 20th Street
Birmingham, Alabama 35202

Robert Birmingham
Regions Bank
8 Commerce Street
Montgomery, Alabama 36104

      Dated: October 11, 2006.

_____
Of Counsel

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

| | | |
|---|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. CV 02-5063 |
| | § | |
| BETTY JO BAUMAN, et al., | § | |
| | § | |
| Defendants, | § | |

## MOTION FOR COSTS AND SANCTIONS

COME now the Defendants, Allan E. Kamensky, incorrectly named as Alan E. Kamensky, without waiving his *Motion to Dismiss for Lack of Jurisdiction*, Bennie Wayne Granger, incorrectly named as Benjamin Wayne Granger, Granger Limited, an Alabama Corporation, incorrectly named as Granger Limited, Marilyn Bauman Granger, and Barbara Bauman Kamensky, incorrectly named as Barbara Bauman Kaminsky, without waiving their *Motion to Strike* and *Motion to Dismiss*, separately and severally, and hereby move this Honorable Court to tax the Plaintiff with the fees and costs associated with the following documents filed by the Plaintiff:

1. *Plaintiff/Contestant's Amended Complaint;*
2. *Plaintiff/Contestant's Addendum to Amended Complaint;*
3. *Motion by Plaintiff to Remove Defendant and Motion to Add Additional Plaintiff;*
4. *Motion for Change of Venue and to Move Proceedings to the United States Federal Courts;*
5. *Emergency Motion to Retroactively Remove Guardian ad Litem and Deny Payment to Same;*
6. *Motion for Betty Jo Bauman to be Allowed to Join CV02-5063 as a Plaintiff and for a Change of Venue Moving Proceedings to the United States Federal Courts;* and
7. *Motion for Preliminary Injunction.*

As grounds therefore, the Defendants hereby make known to this Honorable Court that the Plaintiff is filing said documents to harass and annoy the Defendants and to cause them to spend money to defend fraudulent and untrue claims and the Plaintiff should be taxed with costs and fees.

Respectfully submitted,

**LEE & McINISH, P.C.**

WILLIAM L. LEE, III - LEE007

OF COUNSEL:
*Lee & McInish Attorneys, P.C.*
238 West Main Street (36301)
Post Office Box 1665
Dothan, Alabama 36302
Tel:   334/792-4156
Fax:   334/794-8342

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading upon the below listed by placing the same in the United States Mail with adequate postage affixed thereto and addressed properly, to wit:

Ms. Kathryn Bauman Rubenstein
Post Office Box 2243
Dothan, Alabama 36302

Lexa E. Dowling, Esq.
Post Office Box 1193
Dothan, Alabama 36302

David Johnston, Esq.
Post Office Box 2246

Dothan, Alabama 36302

Mr. Joel Weatherford, Esq.
*Farmer, Price, Hornsby & Weatherford*
P. O. Drawer 2228
Dothan Alabama 36302

Don Bennett, Esq.
Post Office Box 1392
Dothan, Alabama 36302

Dothan, Alabama 36302-1956

Tommy Scarborough, Esq.
119 S. Foster St., Ste. 101
Dothan, Alabama 36301

Mike Conaway, Esq.
360 North Oates Street
Dothan, Alabama 36303

Mr. Jere C. Segrest, Esq.
Post Office Box 1469
Dothan, Alabama 36302

Mr. Steve McGowan, Esq.
Post Office Box 2101
Dothan, Alabama 36302

Mr. Jeffrey Bauman
Post Office Box 1956
Mr. Brian Bickhaus
3201 Ross Clark Circle
Dothan, Alabama 36303

Pat Black
3201 Ross Clark Circle
Dothan, Alabama 36303

Deep South Investments
141 North St. Andrews Street
Dothan, Alabama 36303

Nanette Pitcher
1133 West Main Street
Dothan, Alabama 36301

Pitcher & Associates
1133 West Main Street
Dothan, Alabama 36301

Dianne Reams
1133 West Main Street
Dothan, Alabama 36301

Ream Properties
1133 West Main Street
Dothan, Alabama 36301

Ann Chandler
201 Church Street
Ashford, Alabama 36312

Marie White Bauman
108 Lucy Lane
Dothan, Alabama 36301

Ross Kennedy
McDaniel & Associates
101 Executive Park Drive
Dothan, Alabama 36303

Farmer, Price, Hornsby & Weatherford
P. O. Drawer 2228
Dothan Alabama 36302

McDaniel & Associates
101 Executive Park Drive
Dothan, Alabama 36303

Faye Ferrell
114 East Troy Street
Dothan, Alabama 36301

Doug McKeown
114 East Troy Street
Dothan, Alabama 36301

Wallace Cooley
6130 Eddins Road
Dothan, Alabama 36303

Tom Zeigenfelder
2501 West Main Street
Dothan, Alabama 36301

Zeigooley, Inc.
6130 Eddins Road
Dothan, Alabama 36303

Mr. Arthur Medley
114 North Oates Street
Dothan, Alabama 36303

Margaret Johnson
Houston County DHR
3201 Ross Clark Circle SE
Dothan, Alabama 36301

Houston County DHR
3201 Ross Clark Circle SE
Dothan, Alabama 36301

PeopleSouth Bank
109 East Church Street
Columbia, Alabama 36319

MidSouth Bank
Post Office Drawer 1001
Ashford, Alabama 36312

CB&T
901 N. Boll Weevil Circle
Enterprise, Alabama 36330

Richard Fox
475 Turnstone Drive
Boca Grande, Florida 33921

Boyd Horn
403 Live Oak Trail
Dothan, Alabama 36305

Carl E. Jones, Jr.
417 20th Street
Birmingham, Alabama 35202

D. Bryan Jordan
417 20th Street
Birmingham, Alabama 35202

Robert Birmingham
Regions Bank
8 Commerce Street
Montgomery, Alabama 36104

Dated: October 11, 2006.

_____
Of Counsel

**IN THE CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA
CIVIL DIVISION**

**FILED**

OCT 11 2006

*[signature]*

JUDY EYRD, CLERK
HOUSTON CO., AL

KATHRYN BAUMAN RUBENSTEIN,    )

      **PLAINTIFF,**    )

      )

**VS.**    )    CASE NO.:<u>CV- 2002-5063</u>

      )

**BETTY BAUMAN, et al,**    )

      )

      **DEFENDANT.**    )

## MOTION TO DISMISS

COMES NOW, Marie Bauman as a defendant in the above styled cause, by and through her undersigned counsel and moves the Honorable Court to dismiss her as a defendant in said action and as grounds therefore shows unto the Court that she was never in control of assets or finances of Ted Bauman and has no knowledge thereof.

*[signature]*

**STEVE MCGOWAN  (MCG071)**
Attorney for Defendant
P.O. Box 2101
Dothan, Alabama 36301
(334) 678-8200

## CERTIFICATE OF SERVICE

I, Steve McGowan, do hereby certify that I have served the foregoing upon the following:

Tommy Scarborough, Esq.,
P.O. Box 2101
Dothan, Alabama 36301

William L. Lee, III, Esq.
P.O. Box 1665
Dothan, Alabama 36302

Jeff Bauman
820 Landview Drive
Taylor, Alabama 36301

Clayton Davis, Esq.
355-5 North Oates St.
Dothan, Alabama 36303-4510

Mrs. Lexa Dowling, Esq.
Attorney at Law
P.O. Box 1193
Dothan, Alabama 36302

Mr. Joel Weatherford, Esq.
P.O. Drawer 2228
Dothan, Alabama 36302

by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed on this the
_____ day of October 2006.

OF COUNSEL

Additional state court record too voluminous for scanning and maintained in one box with file for viewing in the Clerk's Office.