UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

**RECEIVED** 2006 OCT 20 P 2: 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

KATHRYN BAUMAN RUBENSTEIN

Plaintiff,

v.

BETTY JO BAUMAN, MARILYN BAUMAN GRANGER, BARBARA BAUMAN KAMENSKY, JEFFREY BAUMAN, REGIONS BANK, REGIONS MORTGAGE, BRIAN BICKHAUS, RICHARD FOX, ROBERT BIRMINGHAM, PAT BLACK, G. DAVID JOHNSTON, DON P. BENNETT, NANETTE PITCHER, PITCHER AND ASSOCIATES, DIANNE REAM, D. REAM PROPERTIES, ANN CHANDLER, MARIE W. BAUMAN, ALLAN E. KAMENSKY, BENNIE WAYNE GRANGER, ROSS KENNEDY, MCDANIEL AND ASSOCIATES, LEXA DOWLING, FAYE FERRELL, DOUG MCKEOWN, WALLACE COOLEY, TOM ZEIGENFELDER, ZEIGOOLEY, INC., MARGARET JOHNSTON, HOUSTON COUNTY DEPARTMENT OF HUMAN RESOURCES, LEXA DOWLING, MICHAEL CONOWAY, CARL E. JONES, JR., D. BRYAN JORDAN, BOYD HORN, BOYD HORN, PEOPLESOUTH BANK, COMMUNITY BANK AND TRUST, MIDSOUTH BANK, GRANGER LIMITED, TOMMY SCARBOROUGH, JERE SEGREST,

Defendants.

Case No. CV02-5063 (Houston County Circuit Court)

October 20, 2006

**FILED** OCT 23 2006

JUDY BYRD, CLERK
HOUSTON CO., AL

<u>NOTICE OF REMOVAL</u>

<u>MOTION FOR CHANGE OF VENUE</u>

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

**Petitioner, Kathryn Bauman Rubenstein** desires to exercise her rights under the provisions of Title 28 U.S.C. § 1441, *et seq.*, to remove this action from the Circuit Court of the Trial Court of Houston County, Alabama, in which said action is now pending under the above-captioned title.

1

This is an action in which the District Courts of the United States have been given jurisdiction upon each of the following bases:

1. Your Plaintiff is currently a resident of the state of Florida, and holds a drivers license and voter registration with said state. At the time of the original filing of the above referenced complaint, Your Plaintiff was a legal resident of the state of Connecticut.
2. 28, U.S.C., IV, Chapter 85, 1332 Diversity of Citizenship and shows unto this Court that September 22, 2006, Your Petitioner amended her original complaint and added defendants of which are legal residents of states other than Alabama. Your Petitioner further shows unto this Court that the amount in controversy far exceeds $75,000.

**A. This Action Is Founded In Federal Law And Arises Under The Laws Of The United States**

3. In the amended action, Plaintiff seeks to recover from defendants damages related to Title 39 U.S.C.,V, regarding defrauding Plaintiff utilizing the United States Mail.

4. Your Plaintiff seeks to recover damages from defendants related to 26, U.S.C., (A), involving defrauding Plaintiff by and through filing fraudulent Income Taxes with the Internal Revenue Service.

5. Your Plaintiff seeks to recover damages from defendants in her amended complaint related to 26 U.S.C., (B), §11 through fraudulent Estate Tax filings with the Internal Revenue Service.

6. Plaintiff seeks to recover damages from defendants utilizing 26, U.S.C., (B), § 12, for filing fraudulent or lack of, Gift Taxes with the Internal Revenue Service.

7. Plaintiff in her amended complaint seeks to recover damages from defendants related to 31, U.S.C., III, § 3302 related to conspiracy to defraud plaintiff through fraudulent Lending of Money.

8. Plaintiff seeks to recover damages from defendants related to 35 U.S.C., II, involving fraudulent Accounting.

9. Plaintiff seeks to recover damages from defendants involving defrauding Plaintiff by and through Civil RICO Statutes § 1962 (C).

10. In the amended action, Plaintiff seeks to recover from defendants damages related to Title 49 U.S.C., II, involving defrauding Plaintiff by and through Interstate Transportation.

11. In the amended action, Plaintiff seeks to recover from defendants damages related to 47 U.S.C., § 8, involving defrauding Plaintiff by and through the use of intra and interstate telecommunication.

12. Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal is being filed with the Circuit Court of Houston County, Alabama.

13. Pursuant to the Local Rules of the United States District Court for the Middle District of Alabama, Plaintiff files this day with this Court copies complete records of filings filed with the Houston County Circuit Court of Alabama.

14. Plaintiff reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, your petitioner hereby removes the action now pending in the Houston County Circuit Court, Alabama, Docket No. CV-02-5063, to this Court.

YOUR Plaintiff Shows unto this Court that it would be difficult if not impossible to strike a jury of impartial citizens in Houston County Alabama who had no knowledge of, or business or social, relationship, with any of the defendants named in this cause of action.

Section 1404(a) of 28 U.S.C. provides that: "for the convenience of parties and witnesses, in the interest of justice, a district may transfer any civil action to any other district where it might have been brought."

Regions Financial's corporate headquarters is in Birmingham, Alabama, Jefferson County therefore, your Plaintiff might have brought this action in the Alabama Northern District, Southern Division.

THEREFORE, Your Plaintiff is due to be granted a CHANGE OF VENUE in the above proceedings.

Respectfully submitted,

Kathryn Bauman Rubenstein, Pro Se (Plaintiff)   */s/ Kathryn Bauman Rubenstein*

P.O. Box 2243

Dothan, Alabama 36302

(334) 803-2526

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE ABOVE AND FOREGOING TO: Jeffrey D. Bauman, Pro Se, P.O. Box 1956, Dothan, 36302, William L. Lee, III, Esq. P.O. Box 1665, Dothan, AL 36302 & Stephen G. McGowan, Esq. P.O. Box 2101,. Dothan, Alabama 36302, William Hinesley, P.O. Box 2246, Dothan, AL 36302, Lexa Dowling, Esq., P.O. Box 1193, Dothan, AL 36302, Joel Weatherford, Esq., Farmer, Price, Hornsby & Weatherford, P.O. Drawer 2228, Dothan, AL 36302, Don Bennett, Esq., P.O. Box 1392, Dothan, AL 36302, Brian Bickhaus, 3201 Ross Clark Circle, Dothan, AL 36303, Pat Black, 3201 Ross Clark Circle, Dothan, AL 36303, Deep South Development, 141 North St. Andrews St. Dothan, AL 36303, Nanette Pitcher, P.O. Box 56, Dothan, AL 36302, Pitcher & Associates, P.O> Box 56, Dothan, AL 36302, Mike Conaway, Esq. 360 N. Oates, St. Dothan, AL 36303, Tommy Scarborough, Esq. 119 S. Foster St. Dothan, AL 36301, Jere Segrest, Esq., P.O. Box 1469, Dothan, AL 36302, Dianne Reams, 1133 W. Main Street, Dothan, AL 36301, D. Ream Properties, 1133 W. Main Street, Dothan, AL 36301, Marie W. Bauman 108 Lucy Lane, Dothan, AL 36301, Ross Kennedy 101 Executive Park Drive, Dothan, AL 36303, Faye Ferrell, 114 E. Troy Street, Dothan, AL 36301, Doug McKeown, 114 East Troy Street. Dothan, AL 36301, Wallace Cooley, 6130 Eddins Road, Dothan, AL 36303, Tom Zeigenfelder, 1142 Appian Way, Dothan, AL 36303, Zeigooley, Inc. 6130 Eddins Road, Dothan, AL 36303, Arthur Medley, Esq., 114 N. Oates Street, Dothan, AL 36303, Margaret Johnson, Houston County DHR, 3201 Ross Clark Circle, S.E. Dothan, AL 36301, Houston County DHR, 3201 Ross Clark Circle, S.E. Dothan, AL 36301, PeopleSouth Bank, 109 East Church St., Columbia, AL 36319, MidSouth Bank, P.O> Drawer 1001, Ashford, AL 36312, CB&T Bank, 901 N. Boll Weevil Circle, Enterprise, AL 36330, Richard Fox, 475 Turnstone Dr. Boca Grande, FL 33921, Boyd Horn, 403 Live Oak Trail, Dothan, AL 36305, Carl E. Jones, Jr., ~~417 20th St. Birmingham, AL~~ 35202, *1510 Smolian Place, Bham, al. 35205*, D. Bryan Jordan, 417 20thy Street, Birmingham, AL 362020. Robert Birmingham, Regions Bank, 8 Commerce Street, Montgomery, AL 36104, Anne Chandle, 117 Travis Lane, Slocomb, AL 36375, by placing a copy of the same in the United States Mail, properly addressed and postage prepaid, this 23rd day of October 2006:

_____
KATHRYN BAUMAN RUBENSTEIN, Attorney Pro Se
P. O. Box 2243, Dothan, AL 36302
(334) 803-2526