IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN )<br>)<br>PLAINTIFF, )<br>)<br>VS. )<br>)<br>BETTY JO BAUMAN, ET AL., )<br>)<br>DEFENDANTS. ) | CASE NO. 1:06-cv-955MHT |

### DEFENDANT'S JOINDER IN MOTION TO REMAND

COMES NOW the Defendants, Ross Kennedy, an individual, and McDaniel & Associates, P.C., a professional corporation ("these Defendants"), separately and severely, and hereby join in the Motion to Remand filed by Defendent Barbara Kamensky, et al., on 10/25/06. These Defendants incorporate Kamensky's Motion to Remand in full, and additionally state that this case should be remanded based upon the following:

1. Plaintiff Rubenstein does not have the ability to remove this case to this Court. Pursuant to 28 U.S.C. § 1441, the right of removal is available only to a defendant. See also 28 U.S.C. § 1446 ("A defendant or defendants desiring to removal any civil action. . . from a State Court shall file. . . "); Conner v. Salzinger, 457 F. 2d 1241 (3d Cir. 1972); Kamensky Motion to Remand, § II(A).

2. There is clearly no diversity of citizenship as specifically required by 28 U.S.C. § 1441(b). Numerous defendants[1], as listed in § II(B) of Kamensky's

---

[1] In fact, at least twenty-five (25) defendants are thought to be residents of the State of Alabama. See Kamensky Motion to Remand, § II(B).

Motion, are residents of the State of Alabama. Both of these Defendants, Ross Kennedy and McDaniel and Associates are residents of the State of Alabama. In fact, McDaniel and Associates has been a resident of Alabama (in Dothan, Houston County) since approximately 1940, over 55 years.[2] Also, Plaintiff Rubenstein has not met her burden in showing that the amount in controversy is over $75,000.00 as required by 28 U.S.C. § 1332.

3. Rubenstein's Notice of Removal is Untimely. 28 U.S.C. § 1446(b) provides that a case cannot be removed on the basis of diversity of citizenship more than one year after commencement of the action. Rubenstein's original lawsuit has been pending in the Circuit Court of Houston County since April 2, 2002. Thus, her Notice of Removal is untimely and the case should be remanded.

4. There is no federal question jurisdiction in this matter. This case arises out of the alleged duress and forgery on the Last Will and Testament of Plaintiff's father. The will was probated upon his death and letters testamentary were issued. This is a pure state jurisdictional matter with no federal question to support jurisdiction of this Federal Court.

WHEREFORE, PREMISES CONSIDERED, Defendants Ross Kennedy, an individual, and McDaniel & Associates, P.C., a professional corporation, respectfully join with Defendant Barbara Kamenshy, et al., in urging this Court to remand this matter back to the Circuit Court of Houston County, where it has been pending for more than four (4)

---

[2] McDaniel and Associates has had different corporate forms over those years, but the underlying entity has remained the same.

years. There is clearly no legitimate basis for removal of this case as there is no complete diversity of citizenship, the Notice of Removal is untimely, and there is no federal question or other federal jurisdiction to support removal. These Defendants respectfully request that the Court remand this matter.

Respectfully Submitted,

/s/ Robert M. Girardeau
ROBERT M. GIRARDEAU    (GIR001)
JEFFREY N. WINDHAM    (WIN038)
Attorneys for Defendants, **Ross Kennedy and McDaniel & Associates, P.C.**

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Protective Center, Ste. 200
Birmingham, AL 35223-2484
(205) 251-1193

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed this motion using the CM/ECF system which will send notification of such filing to the following: Jack Michael Conaway, Esq., Lexa E. Dowling, Esq., Jere C. Segrest, Esq., Joel William Weatherford, Esq., William Wallace Hinesley, Esq., Steve G. McGowan, Esq., William L. Lee, III, Esq., and William W. Nichols, Esq. and certify that I have served the following persons by placing a copy in the United States mail, first class postage prepaid and properly addressed, this 27th day of October, 2006, as follows:

Jeffrey Daniel Bauman
P.O. Box 1956
Dothan, AL 36302

Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

Tommy Scarborough, Esq.
119 S. Foster St., Ste. 101
Dothan, AL 36301

Don Bennett, Esq.
P.O. box 1392
Dothan, AL 36302

Pat Black
3201 Ross Clark Circle
Dothan, AL 36303

Nanette Pitcher
1133 West Main Street
Dothan, AL 36301

Dianne Reams
1133 West Main Street
Dothan, AL 36301

Ann Chandler
201 Church Street
Ashford, AL 36312

Faye Ferrell
114 East Troy Street
Dothan, AL 36301

Wallace Cooley
6130 Eddins Road
Dothan, AL 36303

Zeigooley, Inc.
6130 Eddins Road
Dothan, AL 36303

Margaret Johnson
Houston County DHR
3201 Ross Clark Circle SE
Dothan, AL 36301

Mr. Brian Bickhaus
3201 Ross Clark Circle
Dothan, AL 36303

Deep South Investments
141 North St. Andrews Street
Dothan, AL 36303

Pitcher & Associates
1133 West Main Street
Dothan, AL 36301

Ream Properties
1133 West Main Street
Dothan, AL 36301

Marie White Bauman
108 Lucy Lane
Dothan, AL 36301

Doug McKeown
114 East Troy Street
Dothan, AL 36301

Tom Zeigenfelder
2501 West Main Street
Dothan, AL 36301

Mr. Arthur Medley
114 North Oates Street
Dothan, AL 36303

PeopleSouth Bank
109 East Church Street
Columbia, AL 36319

MidSouth Bank
P.O. Drawer 1001
Ashford, AL 36312

CB&T
901 N. Boll Weevil Circle
Enterprise, AL 36330

Richard Fox
475 Turnstone Drive
Boca Grande, FL 33921

Boyd Horn
403 Live Oak Trail
Dothan, AL 36305

Carl E. Jones, Jr.
417 20th Street
Birmingham, AL 35202

D. Bryan Jordan
417 20th Street
Birmingham, AL 35202

Robert Birmingham
Regions Bank
8 Commerce Street
Montgomery, AL 36104

/s/ Robert M. Girardeau
Of Counsel