IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
KATHRYN BAUMAN RUBENSTEIN,  )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )        1:06cv955-MHT
                            )
BETTY JO BAUMAN, et al.,    )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion to remand (doc. no. 6) is set for submission, without oral argument, on November 1, 2006, with all briefs due by said date.

DONE, this the 27th day of October, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE