IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BETTY JO BAUMAN, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>1:06cv955-MHT |

### ORDER

It is ORDERED that the motion to remand (doc. no. 8) is set for submission, without oral argument, on November 1, 2006, with all briefs due by said date.

DONE, this the 27th day of October, 2006.

                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE