```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN,** | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| vs. | *  CASE NO. 1:06cv955-MHT |
| | * |
| **BETTY JO BAUMAN**, et al, | * |
| | * |
|     DEFENDANTS. | * |

## MOTION TO REMAND

Defendant, BETTY JO BAUMAN, through her Guardian Ad Litem, Jere C. Segrest, and Conservator Lexa E. Dowling and Attorney for said Conservator, J. Michael Conaway, move the Court to remand this case and move the Court to allow her to join in the Motions to Remand filed by Defendants, Barbara Kamensky, et al, Defendants, Ross Kennedy and McDaniel & Associates, Defendants, Regions Bank, et al, and Defendant, G. David Johnston, as well as all briefs filed by said parties which the Court ordered filed on November 1, 2006.

                HARDWICK, HAUSE, SEGREST & WALDING

                BY: /s/ Jere C. Segrest
                    Jere C. Segrest (SEG005)
                    P. O. Box 1469
                    Dothan, Alabama 36302
                    GUARDIAN AD LITEM FOR BETTY JO BAUMAN

                    BUNTIN, ETHERIDGE & DOWLING

                    BY: /s/ Lexa E. Dowling
                          Lexa E. Dowling (DOW 007)
                          P. O. Box 1193
                          Dothan, Alabama 36302
                          CONSERVATOR FOR BETTY JO BAUMAN

                        /s/ J. Michael Conaway
                          J. Michael Conaway (CON013)
                          P. O. Box 1631
                          Dothan, Alabama 36302
                          ATTORNEY FOR CONSERVATOR, LEXA E. DOWLING

## CERTIFICATE OF SERVICE

    I hereby certify that on October 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  William W. Nichols; Joel William Weatherford; William L. Lee, III; William Wallace Hinesley; Steve G. McGowan; Robert Merrill Girardeau; and Jeffrey Neil Windham and certify that I have this day served a copy of the foregoing pleading upon the below listed by placing the same in the United States Mail with adequate postage affixed thereto and addressed properly, to-wit:

Kathryn Bauman Rubenstein  
Post Office Box 2243  
Dothan, Alabama 36302

Brian Bickhaus  
3201 Ross Clark Circle  
Dothan, Alabama 36303

Don Bennett  
Post Office Box 1392  
Dothan, Alabama 36302

Pat Black  
3201 Ross Clark Circle  
Dothan, Alabama 36303

Jeffrey Bauman  
Post Office Box 1956  
Dothan, Alabama 36302-1956

Deep South Investments  
141 N. St. Andrews Street  
Dothan, Alabama 36303

Tommy Scarborougoh  
119 S. Foster St., Suite 101  
Dothan, Alabama 36301

Nanette Pitcher  
1133 West Main Street  
Dothan, Alabama 36301

| | |
|---|---|
| Pitcher & Associates<br>1133 West Main Street<br>Dothan, Alabama 36301 | Zeigooley, Inc.<br>6130 Eddins Road<br>Dothan, Alabama 36301 |
| Dianne Ream<br>1133 West Main Street<br>Dothan, Alabama 36301 | Arthur Medley<br>Post office Box 1632<br>Dothan, Alabama 36302 |
| Ream Properties<br>1133 West Main Street<br>Dothan, Alabama 36301 | Margaret Johnson<br>Houston County DHR<br>3201 Ross Clark Circle, SE<br>Dothan, Alabama 36301 |
| Ann Chandler<br>201 Church Street<br>Ashford, Alabama 36312 | People South Bank<br>109 East Church Street<br>Columbia, Alabama 36319 |
| Marie White Bauman<br>108 Lucy Lane<br>Dothan, Alabama 36301 | MidSouth Bank<br>Post Office Drawer 1001<br>Ashford, Alabama 36312 |
| Houston County DHR<br>3201 Ross Clark Circle, SE<br>Dothan, Alabama 36301 | CB&T<br>901 N. Boll Weevil Circle<br>Enterprise, Alabama 36330 |
| Faye Ferrell<br>114 East Troy Street<br>Dothan, Alabama 36303 | Richard Fox<br>475 Turnstone Drive<br>Boca Grande, Florida 33921 |
| Doug McKeown<br>114 East Troy Street<br>Dothan, Alabama 36303 | Boyd Horn<br>403 Live Oak Trail<br>Dothan, Alabama 36305 |
| Wallace Cooley<br>6130 Eddins Road<br>Dothan, Alabama 36301<br>Zeigooley, Inc. | Carl E. Jones, Jr.<br>417 20th Street<br>Birmingham, Alabama 35202 |
| Tom Zeigenfelder<br>2501 West Main Street<br>Dothan, Alabama 36301 | |

Dated this the 30th day of October, 2006.

/s/ Jere C. Segrest
Of Counsel