UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHRYN BAUMAN RUBENSTEIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv955-MHT |
| | ) | |
| BETTY JO BAUMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE
FOR DEFENDANT, MIDSOUTH BANK, N.A.**

COME NOW James D. Farmer and Virginia Lynn McInnis of Farmer, Farmer & Malone, P.A. and give this as Notice of Appearance as counsel for the defendant, MidSouth Bank, N.A., formerly known as The First National Bank of Ashford, in the above captioned matter.

The undersigned counsel requests that copies of all notices given or required to be given in this case and all pleadings and other documents served or required to be served in this case be given to and served upon the following:

> James D. Farmer, Esq.
> Virginia Lynn McInnis, Esq.
> Farmer, Farmer & Malone, P.A.
> Post Office Drawer 668
> Dothan, Alabama   36302
> Telephone:   (334) 794-8596
> Facsimile:    (334) 794-4401
> E-mail addresses: jdf@ffmlaw.com
>                              vlm@ffmlaw.com

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings including, without limitation, notice of any orders, motions, demands, complaints, pleadings, papers, requests, applications, or any other documents brought before this Court in this case, whether formal

or informal, written or oral, or transmitted or conveyed by mail, hand delivery, telephone, or otherwise with regard to this case and any proceedings herein.

Dated this 30th day of October, 2006.

/S/   James D. Farmer
James D. Farmer
(ASB-8636-E67J)

/S/   Virginia Lynn McInnis
Virginia Lynn McInnis
(ASB-8126-I60N)
Attorneys for MidSouth Bank, N.A.

OF COUNSEL:

FARMER, FARMER & MALONE, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama   36302
Telephone: (334) 794-8596
Facsimile: (334) 794-4401

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will serve notification of such filing on the following:

| | |
|---|---|
| William Lovard Lee, III | wlee3@leeandmcinish.com |
| | lisar@leeandmcinisyh.com |
| William W. Nichols | wnichols@leeandmcinish.com |
| | Cassandra@leeandmcinish.com |
| Jack Michael Conaway | jmclaw@graceba.net |
| Robert Merrill Girardeau | rmg@hfsllp.com, jss@hfsllp.com |
| Jeffery Neil Windham | jnw@hfsllp.com, kds@hfsllp.com |
| William Wallace Hinesley | whinesley@JHFC-law.com |
| Steve G. McGowan | wula@aol.com, anlee04@hotmail.com |
| Jere C. Segrest | jerecs@aol.com |
| Joel William Weatherford | jweatherford@fphw-law.com |

I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

Ms. Kathryn Bauman Rubenstein  
Post Office Box 2243  
Dothan, Alabama 36302  

David Johnston, Esq.  
Post Office Box 2246  
Dothan, Alabama 36302  

Don Bennett, Esq.  
Post Office Box 1392  
Dothan, Alabama 36302  

Pat Black  
3201 Ross Clark Circle  
Dothan, Alabama 36303  

Deep South Investments  
141 North St. Andrews Street  
Dothan, Alabama 36303  

Nanette Pitcher  
1133 West Main Street  
Dothan, Alabama 36301  

Pitcher & Associates  
1133 West Main Street  
Dothan, Alabama 36301  

Dianne Reams  
1133 West Main Street  
Dothan, Alabama 36301  

Ream Properties  
1133 West Main Street  
Dothan, Alabama 36301  

Marie White Bauman  
108 Lucy Lane  
Dothan, Alabama 36301  

Houston County DHR  
3201 Ross Clark Circle SE  
Dothan, Alabama 36301  

Mr. Jeffrey Bauman  
Post Office Box 1956  
Dothan, Alabama 36302-1956  

Tommy Scarborough, Esq.  
119 S. Foster St., 101  
Dothan, Alabama 36301  

Mr. Brian Bickhaus  
3201 Ross Clark Circle  
Dothan, Alabama 36303  

Wallace Cooley  
6130 Eddins Road  
Dothan, Alabama 36303  

Tom Zeigenfelder  
2501 West Main Street  
Dothan, Alabama 36301  

Zeigooley, Inc.  
6130 Eddins Road  
Dothan, Alabama 36303  

Mr. Arthur Medley  
Post Office Box 1632  
Dothan, Alabama 36302  

Margaret Johnson  
Houston County DHR  
3201 Ross Clark Circle SE  
Dothan, Alabama 36301  

Ann Chandler  
201 Church Street  
Ashford, Alabama 36312  

CB&T  
901 N. Boll Weevil Circle  
Enterprise, Alabama 36330  

Richard Fox  
475 Turnstone Drive  
Boca Grande, Florida 33921

| | |
|---|---|
| Fay Ferrell<br>114 East Troy Street<br>Dothan, Alabama 36301 | Boyd Horn<br>403 Live Oak Trail<br>Dothan, Alabama 36305 |
| Doug McKeown<br>114 East Troy Street<br>Dothan, Alabama 36301 | Carl E. Jones, Jr.<br>417 20th Street<br>Birmingham, Alabama 35202 |
| D. Bryan Jordan<br>417 20th Street<br>Birmingham, Alabama 35202 | Lexa E. Dowling, Esq.<br>Buntin, Etheredge & Dowling, LLC<br>Post Office Box 1193<br>Dothan, Alabama   36302 |

/S/   James D. Farmer
Of Counsel