UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHRYN BAUMAN RUBENSTEIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv955-MHT |
| | ) | |
| BETTY JO BAUMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINDER OF DEFENDANT, MIDSOUTH BANK, N.A.,
IN MOTION TO REMAND AND MEMORANDUM BRIEF
IN SUPPORT OF MOTION TO REMAND FILED BY DEFENDANTS**

Defendant, MidSouth Bank, N.A., by and through its undersigned attorneys, hereby joins in the Motion to Remand (doc. no. 2) and Memorandum Brief in Support of Motion to Remand (doc. no. 9) filed on behalf of the defendants, Barbara Kamensky, Marilyn Granger, Allan E. Kamensky, Bennie Wayne Granger and Granger Unlimited, Inc., and the hereby adopts the grounds and arguments offered in support thereof and request for relief contained therein.

Submitted this 30th day of October, 2006.

/S/   James D. Farmer
James D. Farmer
(ASB-8636-E67J)

/S/   Virginia Lynn McInnis
Virginia Lynn McInnis
(ASB-8126-I60N)
Attorneys for MidSouth Bank, N.A.

OF COUNSEL:

FARMER, FARMER & MALONE, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama    36302
Telephone: (334) 794-8596
Facsimile: (334) 794-4401

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will serve notification of such filing on the following:

| | |
|---|---|
| William Lovard Lee, III | wlee3@leeandmcinish.com |
| | lisar@leeandmcinisyh.com |
| William W. Nichols | wnichols@leeandmcinish.com |
| | Cassandra@leeandmcinish.com |
| J. Michael Conaway | jmclaw@graceba.net |
| Robert Merrill Girardeau | rmg@hfsllp.com, jss@hfsllp.com |
| Jeffery Neil Windham | jnw@hfsllp.com, kds@hfsllp.com |
| William Wallace Hinesley | whinesley@JHFC-law.com |
| Steve G. McGowan | wula@aol.com, anlee04@hotmail.com |
| Jere C. Segrest | jerecs@aol.com |
| Joel William Weatherford | jweatherford@fphw-law.com |

I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

Ms. Kathryn Bauman Rubenstein
Post Office Box 2243
Dothan, Alabama 36302

Mr. Jeffrey Bauman
Post Office Box 1956
Dothan, Alabama 36302-1956

David Johnston, Esq.
Post Office Box 2246
Dothan, Alabama 36302

Tommy Scarborough, Esq.
119 S. Foster St., 101
Dothan, Alabama 36301

Don Bennett, Esq.
Post Office Box 1392
Dothan, Alabama 36302

Mr. Brian Bickhaus
3201 Ross Clark Circle
Dothan, Alabama 36303

Pat Black
3201 Ross Clark Circle
Dothan, Alabama 36303

Wallace Cooley
6130 Eddins Road
Dothan, Alabama 36303

Deep South Investments
141 North St. Andrews Street
Dothan, Alabama 36303

Nanette Pitcher
1133 West Main Street
Dothan, Alabama 36301

Pitcher & Associates
1133 West Main Street
Dothan, Alabama 36301

Dianne Reams
1133 West Main Street
Dothan, Alabama 36301

Ream Properties
1133 West Main Street
Dothan, Alabama 36301

Marie White Bauman
108 Lucy Lane
Dothan, Alabama 36301

Houston County DHR
3201 Ross Clark Circle SE
Dothan, Alabama 36301

Fay Ferrell
114 East Troy Street
Dothan, Alabama 36301

Doug McKeown
114 East Troy Street
Dothan, Alabama 36301

D. Bryan Jordan
417 20th Street
Birmingham, Alabama 35202

Tom Zeigenfelder
2501 West Main Street
Dothan, Alabama 36301

Zeigooley, Inc.
6130 Eddins Road
Dothan, Alabama 36303

Mr. Arthur Medley
Post Office Box 1632
Dothan, Alabama 36302

Margaret Johnson
Houston County DHR
3201 Ross Clark Circle SE
Dothan, Alabama 36301

Ann Chandler
201 Church Street
Ashford, Alabama 36312

CB&T
901 N. Boll Weevil Circle
Enterprise, Alabama 36330

Richard Fox
475 Turnstone Drive
Boca Grande, Florida 33921

Boyd Horn
403 Live Oak Trail
Dothan, Alabama 36305

Carl E. Jones, Jr.
417 20th Street
Birmingham, Alabama 35202

Lexa E. Dowling, Esq.
Buntin, Etheredge & Dowling, LLC
Post Office Box 1193
Dothan, Alabama    36302

/S/    James D. Farmer
Of Counsel