IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | * | |
| PLAINTIFF, | * | |
| VS. | * | CIVIL ACTION NO.: 1:06-cv-955-MHT |
| BETTY JO BAUMAN, ET AL, | * | |
| DEFENDANTS. | * | |

_____

### JOINDER OF DEFENDANTS, JOEL W. WEATHERFORD, FARMER, PRICE, HORNSBY & WEATHERFORD, LLP, J. MICHAEL CONAWAY, JERE C. SEGREST AND LEXA E. DOWLING IN MOTIONS TO REMAND
_____

Come now the Defendants, JOEL W. WEATHERFORD; FARMER, PRICE, HORNSBY & WEATHERFORD, LLP; J. MICHAEL CONAWAY; JERE C. SEGREST; and LEXA E. DOWLING in the above referenced cause, by and through their attorney of record, and hereby join in the Motions to Remand filed by Defendants Barbara Kamensky, et al; Regions Bank, et al; and G. David Johnston and hereby adopt by reference the allegations and arguments set forth therein together with all Briefs and Memorandums of Law in support of said Motions to Remand.

WHEREFORE, said Defendants respectfully join with the above referenced co-Defendants in urging this Honorable Court to remand this matter back to the Circuit Court of Houston County, Alabama, since there is no legitimate basis for the removal of this case to the U.S. District Court for the Middle District of Alabama.

This the 30th day of October, 2006.

          RAMSEY, BAXLEY & McDOUGLE


By:   /s/ Wade H. Baxley
     Wade H. Baxley    (BAX004)
     Attorneys for Defendants,
      Joel W. Weatherford; Farmer, Price, Hornsby
      & Weatherford, LLP; J. Michael Conaway;
      Jere C. Segrest; and Lexa E. Dowling
P. O. Drawer 1486
Dothan, AL 36302
(334) 793-6550
Fax: (334) 793-1433
e-mail: whb@rbmlaw.org


### CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jere C. Segrest, Esq., J. Michael Conaway, Esq., Joel W. Weatherford, Esq., William Wallace Hinesley, Esq., Steve G. McGowan, Esq, Robert Merrill Girardeau, Esq., William L. Lee, III, Esq., William W. Nichols, Esq. and Jeffrey Neil Windham, Esq., and I further certify that I have this day served a copy of the foregoing pleading upon the persons listed below by placing the same in the United States Mail with adequate postage affixed thereto and addressed properly:

Jeffrey Bauman
P. O. Box 1956
Dothan, AL 36302

Don P. Bennett
141 N. St. Andrews St.
Dothan, AL 36303

Ann Chandler
177 Travis Lane
Slocomb, AL 36375

Community Bank & Trust
901 N. Boll Weevil Circle
Enterprise, AL 36330

Faye Ferrell
114 E. Troy Street
Dothan, AL 36301

Richard Fox
475 Turnstone Drive
Boca Grand, FL 33921

Margaret Johnston
Houston County DHR
3201 Ross Clark Circle Se
Dothan, AL 36301

Doug McKeown
114 E. Troy Street
Dothan, AL 36301

MidSouth Bank, N.A.
P. O. Box 101
Ashford, AL 36312

PeopleSouth Bank
108 E. Church Street
Columbia, AL 36319

Nanette Pitcher
Pitcher & Associates
1133 W. Main Street
Dothan, AL  36301

Dianne Ream
Ream Properties
1133 W. Main Street
Dothan, AL  36302

Kathryn Bauman Rubenstein
P. O. Box 2243
Dothan, AL  36302

Tommy Scarborough
119 S. Foster Street
Dothan, AL  36301

R. Cliff Mendheim, Esq.
P. O. Box 2147
Dothan, AL  36302


　　__/s/ Wade H. Baxley_____
　　Of Counsel