UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Case No:1:06-cv-955-MHT |
| ) | |
| BETTY JO BAUMAN, ET AL, ) | |
| ) | |
| Defendants. ) | |

## ADOPTION BY DEFENDANTS, REGIONS BANK, BRIAN E. BICKHAUS, PAT BLACK, BRYAN JORDAN, BOYD HORN AND ROBERT BIRMINGHAM OF DEFENDANTS BRIEFS AND MEMORANDUMS OF LAW IN SUPPORT OF MOTIONS TO REMAND

COME NOW the Defendants, Regions Bank, Brian Bickhaus, Pat Black, Robert Birmingham, Boyd Horn and Bryan Jordan, by and through their undersigned attorney, and hereby adopt by reference all Briefs and Memorandums of Law in support of Motions to Remand filed herein by Defendants Barbara Kamensky, et al and G. David Johnston.

WHEREFORE, said Defendants respectfully join with the above referenced Co-Defendants in urging this Honorable Court to remand this matter back to the Circuit Court of Houston County, Alabama, since there is no legitimate basis for the removal of this case to the U.S. District Court for the Middle District of Alabama

This the 31st day of October, 2006.

Farmer, Price, Hornsby & Weatherford, LLP

/s/ *Joel W. Weatherford*_____
Joel W. Weatherford  (WEA011)
Attorney for Defendants,
Regions Bank, Brian E. Bickhaus, Pat Black
Robert Birmingham, Boyd Horn and
Bryan Jordan

OF COUNSEL:
Farmer, Price, Hornsby & Weatherford, L.L.P.
100 Adris Place (36303)
Post Office Drawer 2228
Dothan, Alabama 36302
Tel:    334/793-2424
Fax:    334/793-6624

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jack Michael Conaway, Esq., Lexa E. Dowling, Esq., Jere C. Segrest, Esq., William Wallace Hinesly, Esq. Steve G. McGowan, Esq., Robert Merrill Girardeau, Esq., Jeffrey Neil Windham, Esq., William L. Lee, III, Esq., William W. Nichols, Esq., James D. Farmer, Virginia Lynn McInnis, Wade H. Baxley and certify that I have this day served a copy of the foregoing pleading upon the below listed by addressed properly, to wit:

Ms. Kathryn Bauman Rubenstein
P.O. Box 2243
Dothan, AL 36302

Mr. Jeffrey Bauman
P.O. Box 1956
Dothan, AL 36302-1956

Don Bennett, Esq.
P.O. Box 1392
Dothan, AL 36302

Deep South Investments
141 North St. Andrews Street
Dothan, AL 36303

G. David Johnston, Esq.
P.O. Box 2246
Dothan, AL 36302

Tommy Scarborough, Esq.
119 S. Foster Street
Dothan, AL 36301

Richard Fox
475 Turnstone Drive
Boca Grande, FL 3921

| | |
|---|---|
| Nanette Pitcher<br>1133 West Main Street<br>Dothan, AL 36301 | Pitcher & Associates<br>1133 West Main Street<br>Dothan, AL 36301 |
| Dianne Reams<br>1133 West Main Street<br>Dothan, AL 36301 | Ream Properties<br>1133 West Main Street<br>Dothan, AL 36301 |
| Faye Ferrell<br>114 East Troy Street<br>Dothan, AL 36301 | Doug McKeown<br>114 East Troy Street<br>Dothan, AL 36301 |
| Wallace Cooley<br>6130 Eddins Road<br>Dothan, AL 36303 | Tom Zeigenfelder<br>2501 West Main Street<br>Dothan, AL 36301 |
| Zeigooley, Inc.<br>2501 West Main Street<br>Dothan, AL 36301 | Author Medley<br>114 North Oates Street<br>Dothan, AL 36303 |
| Margaret Johnston<br>Houston County DHR<br>P.O. Box 2027<br>Dothan, AL 36302 | Houston County DHR<br>P.O. Box 2027<br>Dothan, AL 36302 |
| CB&T<br>901 N. Boll Weevil Circle<br>Enterprise, AL 36330 | Carl E. Jones, Jr.<br>417 20th Street<br>Birmingham, AL 35202 |

Dated this the 31st day of October, 2006.

*/s/ Joel W. Weatherford*
Of Counsel