# IN THE MIDDLE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CASE NO: 1:06-cv-955-MHT |
| **BETTY JO BAUMAN, et. al.,** | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

COME NOW F. Chadwick Morriss and Bethany L. Bolger, with the law firm of Rushton, Stakely, Johnston & Garrett, P.A., and enter their appearance as attorneys of record for Defendant Tommy Scarborough.

All future correspondence, pleadings, notices and/or inquires should be directed to their attention at the address and telephone number listed below.

                                                  s/F. Chadwick Morriss
                                                  F. CHADWICK MORRISS (ASB-8504-S75F)
                                                  BETHANY L. BOLGER (ASB-6740-E60B)
                                                  Attorneys for Defendant Tommy Scarborough

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
Email: fcm@rsjg.com (Morriss)
Email: blb@rsjg.com (Bolger)

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this the 1st day of November 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: **Wade Hampton Baxley, Jack Michael Conaway, Lexa E. Dowling, James Davis Farmer, Robert Merrill Girardeau, William Wallace Hinesley, William Lovard Lee, III, Steve G. McGowan, Virginia Lynn McInnis, William W. Nichols, Jere C. Segrest, James K. Walding, Joel W. Weatherford, Jeffrey Neil Windham,** and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Jeffrey Bauman**
P.O. Box 1956
Dothan, AL 36302

**Don P. Bennett**
141 N. St. Andrew St.
Dothan, AL 36303

**Ann Chandler**
177 Travis Lane
Slocomb, AL 36375

**Community Bank & Trust**
901 N Boll Weevil Cir
Enterprise, AL 36330

**Wallace Cooley**
6130 Eddins Rd
Dothan, AL 36303

**Faye Ferrell**
114 E. Troy St.
Dothan, AL 36301

**Richard Fox**
475 Turnstone Dr.
Boca Grand, FL 33921

**Margaret Johnston**
Houston County DHR
3201 Ross Clark Circle SE
Dothan, AL 36301

**Carl E. Jones**
c/o Regions Bank
417 20th St.
Birmingham, AL 35202

**Doug McKeown**
114 E. Troy St.
Dothan, AL 36301

**Nanette Pitcher**
1133 W. Main St.
Dothan, AL 36301

**Pitcher & Associates**
1133 W. Main St.
Dothan, AL 36301

**Dianne Ream**
1133 W. Main St.
Dothan, AL 36301

**Ream Properties**
1133 W. Main St.
Dothan, AL 36301

**Kathryn Bauman Rubenstein**
P.O. Box 2243
Dothan, AL 36302

**Tommy Scarborough**
119 S. Foster St.
Dothan, AL 36301

**Tom Zeigenfelder**
1142 Appian Way
Dothan, AL 36303

**Zeigooley, Inc.**
6130 Eddins Rd.
Dothan, AL 36303

       s/F. Chadwick Morriss
       Rushton, Stakely, Johnston & Garrett, P.A.
       P. O. Box 270
       Montgomery, AL  36101
       Telephone:  (334) 206-3100
       Facsimile:  (334) 262-6277