**IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **KATHRYN BAUMAN RUBENSTEIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CASE NO: 1:06-cv-955-MHT** |
| ) | |
| **BETTY JO BAUMAN, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| _____ ) | |

**<u>DEFENDANT TOMMY SCARBOROUGH'S JOINDER IN MOTION TO REMAND</u>**

COMES NOW Defendant Tommy Scarborough (hereinafter "Scarborough) and hereby joins in the Motion to Remand filed by Defendants Barbara Kamensky (incorrectly named as Barbara Bauman Kaminsky), Marilyn Granger, Allan E. Kamensky (incorrectly named as Alan E. Kamensky), Bennie Wayne Granger (incorrectly named as Benjamin Wayne Granger), and Granger Unlimited, Inc. (incorrectly named as Granger Unlimited). In support of this Joinder, Scarborough states the following:

1. On October 20, 2006, Plaintiff filed pleadings with this Court purporting to remove her own lawsuit from the Circuit Court of Houston County, Alabama.

2. On or about October 25, 2006, the above-named Defendants filed a Motion to Remand, requesting that the Court remand this action back to the Circuit Court of Houston County, Alabama.

3. As correctly stated in Co-Defendants' Motion to Remand, this action is due to be remanded on the grounds that (1) Plaintiff

> cannot remove her own case to federal court; (2) there is no complete diversity of citizenship; and (3) Plaintiff's Notice of Removal is untimely. *See* 28 U.S.C. §§ 1332, 1441, & 1446.

4. Defendant Scarborough is a resident citizen of the State of Alabama.

5. Defendant Scarborough hereby incorporates and adopts the Motion to Remand filed by Defendants Barbara Kamensky (incorrectly named as Barbara Bauman Kaminsky), Marilyn Granger, Allan E. Kamensky (incorrectly named as Alan E. Kamensky), Bennie Wayne Granger (incorrectly named as Benjamin Wayne Granger), and Granger Unlimited, Inc. (incorrectly named as Granger Unlimited).

WHEREFORE, Defendant Tommy Scarborough respectfully requests that this Honorable Court remand this case back to the Circuit Court of Houston County, Alabama.

s/F. Chadwick Morriss
F. CHADWICK MORRISS (ASB-8504-S75F)
BETHANY L. BOLGER (ASB-6740-E60B)
Attorneys for Defendant Tommy Scarborough

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
Email: fcm@rsjg.com (Morriss)
Email: blb@rsjg.com (Bolger)

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 1st day of November 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: **Wade Hampton Baxley, Jack Michael Conaway, Lexa E. Dowling, James Davis Farmer, Robert Merrill Girardeau, William Wallace Hinesley, William Lovard Lee, III, Steve G. McGowan, Virginia Lynn McInnis, William W. Nichols, Jere C. Segrest, James K. Walding, Joel W. Weatherford, Jeffrey Neil Windham,** and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Jeffrey Bauman**
P.O. Box 1956
Dothan, AL 36302

**Don P. Bennett**
141 N. St. Andrew St.
Dothan, AL 36303

**Ann Chandler**
177 Travis Lane
Slocomb, AL 36375

**Community Bank & Trust**
901 N Boll Weevil Cir
Enterprise, AL 36330

**Wallace Cooley**
6130 Eddins Rd
Dothan, AL 36303

**Faye Ferrell**
114 E. Troy St.
Dothan, AL 36301

**Richard Fox**
475 Turnstone Dr.
Boca Grand, FL 33921

**Margaret Johnston**
Houston County DHR
3201 Ross Clark Circle SE
Dothan, AL 36301

**Carl E. Jones**
c/o Regions Bank
417 20th St.
Birmingham, AL 35202

**Doug McKeown**
114 E. Troy St.
Dothan, AL 36301

**Nanette Pitcher**
1133 W. Main St.
Dothan, AL 36301

**Pitcher & Associates**
1133 W. Main St.
Dothan, AL 36301

**Dianne Ream**
1133 W. Main St.
Dothan, AL 36301

**Ream Properties**
1133 W. Main St.
Dothan, AL 36301

**Kathryn Bauman Rubenstein**
P.O. Box 2243
Dothan, AL 36302

**Tom Zeigenfelder**
1142 Appian Way
Dothan, AL 36303

**Zeigooley, Inc.**
6130 Eddins Rd.
Dothan, AL 36303

      s/F. Chadwick Morriss
Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
Telephone: (334) 206-3100
Facsimile: (334) 262-6277