## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHRYN BAUMAN RUBENSTEIN, | ) | |
| | ) | |
| *Plaintiff,* | ) | CIVIL ACTION NO. 1:06-CV-955-MHT |
| | ) | |
| vs. | ) | |
| | ) | |
| BETTY JO BAUMAN, ET AL, | ) | |
| | ) | |
| *Defendants.* | ) | |

### NOTICE OF APPEARANCE

**COMES NOW**, R. Cliff Mendheim and hereby enters his appearance as attorney of record for the following Defendants: Wallace Cooley, Tom Ziegenfelder, incorrectly named as Tom Zeigenfelder, and Ziegooley Realty, LLC, incorrectly named as Zeigooley, Inc., in the above referenced cause.

Done this 1st day of November, 2006.

**PRIM, FREEMAN & MENDHEIM**

/s/ R. Cliff Mendheim
_____
R. Cliff Mendheim (MEN008)
Attorney for Defendants, Wallace Cooley,
Tom Ziegenfelder and Ziegooley Realty, LLC
P.O. Box 2147
Dothan, AL 36302
334-671-9555
Fax: 334-671-9615
Email: rcliffmendheim@graceba.net

## CERTIFICATE OF SERVICE

       I hereby certify that on November 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jere C. Segrest, Esq., J. Michael Conaway, Esq., Joel W. Weatherford, Esq., William Wallace Hinesley, Esq., Steve G. McGowan, Esq, Robert Merrill Girardeau, Esq., William L. Lee, III, Esq., William W. Nichols, Esq., Jeffrey Neil Windham, Esq., and V. Lynn McInnes, Esq., and I further certify that I have this day served a copy of the foregoing pleading upon the persons listed below by placing the same in the United States Mail with adequate postage affixed thereto and addressed properly:

Jeffrey Bauman  
P. O. Box 1956  
Dothan, AL  36302  

Don P. Bennett  
141 N. St. Andrews St.  
Dothan, AL  36303  

Ann Chandler  
177 Travis Lane  
Slocomb, AL  36375  

Community Bank & Trust  
901 N. Boll Weevil Circle  
Enterprise, AL  36330  

Faye Ferrell  
114 E. Troy Street  
Dothan, AL  36301  

Richard Fox  
475 Turnstone Drive  
Boca Grand, FL  33921  

Margaret Johnston  
Houston County DHR  
3201 Ross Clark Circle Se  
Dothan, AL  36301  

Doug McKeown  
114 E. Troy Street  
Dothan, AL  36301  

Nanette Pitcher  
Pitcher & Associates  
1133 W. Main Street  
Dothan, AL  36301  

Dianne Ream  
Ream Properties  
1133 W. Main Street  
Dothan, AL  36302  

Kathryn Bauman Rubenstein  
P. O. Box 2243  
Dothan, AL  36302  

Tommy Scarborough  
119 S. Foster Street  
Dothan, AL  36301  

       /s/ R. Cliff Mendheim  
       _____  
       Of Counsel