IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN BAUMAN RUBENSTEIN, ) | |
| ) | |
| *Plaintiff*, ) | CIVIL ACTION NO. 1:06-CV-955-MHT |
| ) | |
| vs. ) | |
| ) | |
| BETTY JO BAUMAN, ET AL, ) | |
| ) | |
| *Defendants*. ) | |

## JOINDER OF DEFENDANTS, WALLACE COOLEY, TOM ZIEGENFELDER AND ZIEGOOLEY REALTY, LLC, IN MOTIONS TO REMAND

**COME NOW**, the Defendants, Wallace Cooley, Tom Ziegenfelder, incorrectly named as Tom Zeigenfelder, and Ziegooley Realty, LLC, incorrectly named as Zeigooley, Inc., in the above referenced cause, by and through their attorney of record, and hereby join in the Motions to Remand filed by Defendants Barbara Kamensky, et al; Regions Bank, et al; G. David Johnston; and Joel W. Weatherford, et al; and hereby adopt by reference the allegations and arguments set forth therein together with all Briefs and Memorandums of Law in support of said Motions to Remand.

**WHEREFORE**, said Defendants respectfully join with the above referenced co-Defendants in urging this Honorable Court to remand this matter back to the Circuit Court of Houston County, Alabama, since there is no legitimate basis for the removal of this case to the U.S. District Court for the Middle District of Alabama.

Done this 1st day of November, 2006.

**PRIM, FREEMAN & MENDHEIM**

/s/ R. Cliff Mendheim
_____
R. Cliff Mendheim (MEN008)
Attorney for Defendants, Wallace Cooley,
Tom Ziegenfelder and Ziegooley, Inc.
P.O. Box 2147
Dothan, AL 36302
334-671-9555
Fax: 334-671-9615
Email: rcliffmendheim@graceba.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jere C. Segrest, Esq., J. Michael Conaway, Esq., Joel W. Weatherford, Esq., William Wallace Hinesley, Esq., Steve G. McGowan, Esq, Robert Merrill Girardeau, Esq., William L. Lee, III, Esq., William W. Nichols, Esq., Jeffrey Neil Windham, Esq., and V. Lynn McInnes, Esq., and I further certify that I have this day served a copy of the foregoing pleading upon the persons listed below by placing the same in the United States Mail with adequate postage affixed thereto and addressed properly:

Jeffrey Bauman
P. O. Box 1956
Dothan, AL  36302

Don P. Bennett
141 N. St. Andrews St.
Dothan, AL  36303

Ann Chandler
177 Travis Lane
Slocomb, AL  36375

Community Bank & Trust
901 N. Boll Weevil Circle
Enterprise, AL  36330

Faye Ferrell
114 E. Troy Street
Dothan, AL  36301

Richard Fox
475 Turnstone Drive
Boca Grand, FL  33921

Margaret Johnston
Houston County DHR
3201 Ross Clark Circle Se
Dothan, AL  36301

Doug McKeown
114 E. Troy Street
Dothan, AL  36301

Nanette Pitcher  
Pitcher & Associates  
1133 W. Main Street  
Dothan, AL  36301  

Dianne Ream  
Ream Properties  
1133 W. Main Street  
Dothan, AL  36302  

Kathryn Bauman Rubenstein  
P. O. Box 2243  
Dothan, AL  36302  

Tommy Scarborough  
119 S. Foster Street  
Dothan, AL  36301  

/s/ R. Cliff Mendheim  
_____  
Of Counsel