IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KATHRYN BAUMAN RUBENSTEIN,   *

        PLAINTIFF,   *

VS.   *   CASE NO. 1:06cv955-MHT

BETTY JO BAUMAN, ET AL.,   *

        DEFENDANTS.   *

## MOTION TO REMAND

COMES NOW the Defendant, Don P. Bennett, pro se, and the Defendants, Nanette Pitcher, Pitcher & Associates, Darlene Reams, incorrectly named in the Complaint as Dianne Reams, Reams Properties, Faye Ferrell, Doug McKeown, Arthur Medley and Deep South Development Corporation, incorrectly named in the Complaint as Deep South Investments, by and through their attorney, Don P. Bennett, and move the Court to allow them to join in the Motions to Remand filed in this cause by the Defendants, Barbara Kamensky, et al, Defendants, Ross Kennedy and McDaniel & Associates, Defendants, Regions Bank, et al, and Defendant, G. David Johnston, as well as all briefs filed by said parties which the Court ordered filed on November 1, 2006.

DON P. BENNETT (BEN 013)
P. O. BOX 1392
DOTHAN, AL 36302
(334) 792-6380 FAX 673-8508
For and in his own behalf pro se,
and as Attorney for the Defendants,
Nanette Pitcher Pitcher & Associates,
Darlene Reams, Reams Properties,
Faye Ferrell, Doug McKeown,

Arthur Medley and Deep South
Development Corporation

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have this day given notice of the foregoing motion to those persons and parties named hereinafter by mailing them a copy thereof through the U. S. Mail, first class postage prepaid, to their correct mailing addresses as follow:

Kathryn Bauman Rubenstein
P. O. Box 2243
Dothan, Alabama 36302-1193

Mike Conaway, Esq.
360 N. Oates Street
Dothan, Alabama 36303

Jeffrey Daniel Bauman
P. O. Box 1956
Dothan, Alabama 36302-1956

David Johnson, Esq.
P. O. Box 2246
Dothan, AL 36302

William W. Hinesley, Esq.
219 North Oates Street
Dothan, AL 36303

Robert M. Girardeau, Esq.
& Jeffrey N. Windham, Esq.
Three Protective Center
2801 Protective Center, Ste. 200
Birmingham, AL 35223-2484

Joel W. Weatherford
Post Office Drawer 2228
Dothan, AL 36302

Zeigooley, Inc.
2501 W. Main Street
Dothan, AL 36301

Steve McGowan, Esq.
P. O. Box 2101
Dothan, AL 36302

Tommy Scarborough, Esq.
119 S. Foster St., Ste. 101
Dothan, AL 36301

William L. Lee, III, Esq.
P. O. Box 1665
Dothan, AL 36302

Lexa E. Dowling, Esq.
P. O. Box 1193
Dothan, AL 36302

Richard Fox
475 Turnstone Drive
Boca Grande, FL 33921

Wallace Cooley
6130 Eddins Road
Dothan, AL 36303

Tom Zeigenfelder
2501 W. Main Street
Dothan, AL 36301

Margaret Johnston
Houston County DHR
P. O. Box 2027
Dothan, AL 36302

Houston County DHR
P. O. Box 2027
Dothan, AL 36302

MidSouth Bank
P. O. Drawer 1001
Ashford, AL 36312

Carl E. Jones, Jr.
417 20th Street
Birmingham, AL 35202

Ann Chandler
201 Church Street
Ashford, Alabama 36312

People South Bank
109 East Church Street
Columbia, AL 36319

CB&T
901 N. Boll Weevil Circle
Enterprise, AL 36330

Jere C. Segrest, Esq.
P. O. Box 1469
Dothan, AL 36302

Marie White Bauman
108 Lucy Lane
Dothan, AL 36301

This the 31st day of October, 2006.

_____
OF COUNSEL