IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


KATHRYN BAUMAN RUBENSTEIN, )
                          )
    Plaintiff,            )
                          )        CIVIL ACTION NO.
    v.                    )         1:06cv955-MHT
                          )
BETTY JO BAUMAN, et al.,  )
                          )
    Defendants.

ORDER

It is ORDERED that defendant Tommy R. Scarborough's
motion to dismiss (Doc. No. 26) is denied.

This case is closed.  It appears, however, that
defendant Scarborough may simply have filed his motion in
the wrong case.  There is another case, Rubenstein v.
Bauman, civil action no. 1:07cv798-MHT, which is pending
and in which defendant Scarborough is a defendant.

DONE, this the 2nd day of October, 2007.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE